FILED
JUN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith                    )
                                 )
                    Plaintiff,   )
                                 )
                                 )
v                                )         07 1183
                                 )
                                 )
                                 )
FEDERAL BUREAU OF INVESTIGATION, )
                    Defendant.   )

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Comes Now, Gary L. Smith, Pro Se Plaintiff, and respectfully moves this Honorable Court to allow the Plaintiff to submit a complaint in the above title without requiring the Plaintiff to pay the required filing fee.

Additionally, if this Court submits the Plaintiff to a payment plan (Title 28 USC 1915(b)), the Plaintiff requests this court orders such payment

—1—

3

plan to run consecutive with payment plans already upon the Plaintiff.

In support of this Motion, the Plaintiff submits the attached affidavit and history of his inmate account.

Respectfully submitted,

Date: 11-Jun-07

*signature*

Gary L Smith, Pro Se

#52962-019
P.O. Box 1034
Coleman, Florida 33521-1034

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,                          )
                          Plaintiff     )
                                        )
                                        )
v                                       )
                                        )
                                        )
                                        )
FEDERAL BUREAU OF INVESTIGATIONS,       )
                          Defendant     )

AFFIDAVIT IN SUPPORT OF
MOTION TO PROCEED IN FORMA PAUPERIS

I, Gary L. Smith, affirm under the penalty of perjury under the laws of the United States. that the following is true and correct:

1) I am the Plaintiff in the above entitled action;

2) I am unable to pay the costs of these proceedings and I am entitled to relief sought in the complaint;

3) I am presently incarcerated at USP Coleman II, in Coleman

— 1 —

07 1183

**FILED**
JUN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Florida.

4) I am currently unemployeed. My last employment was in June 2006 with my average montly earnings at that time was less than $10.00.

5) I have received gifts from my family in the past twelve months, with a monthly average of less than $15.00.

6) I have an inmate savings account with less than $15.00 available balance;

7) I have no other dependants;

8) My current inmate savings account is encumbered eighty percent (80%) with PRLA payments.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 11-Jun-07

Gary L Smith, Pro Se
#52962-019
PO Box 1034
Coleman, Florida 33521-1034

-2-