IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY L. SMITH<br>#52962-019<br>P.O. Box 1030<br>Coleman, FL 33521<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU<br>OF INVESTIGATION<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1183 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                              Respectfully submitted,

                              /s/
                            CLAIRE WHITAKER, D.C. BAR # 354530
                            Assistant U.S. Attorney
                            Judiciary Center Building
                            555 Fourth St., N.W., Rm. E4204
                            Washington, D.C.  20530
                            (202) 514-7137

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

GARY L. SMITH
#52962-019
P.O. Box 1030
Coleman, FL 33521

on this _____ day of July, 2007.

                                                   /s/
                                           CLAIRE WHITAKER,
                                           Assistant U.S. Attorney
                                           Judiciary Center Building
                                           555 Fourth St., N.W., Rm. E4204
                                           Washington, D.C.  20530
                                           (202) 514-7137