UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY L. SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1183 (RWR) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time, to and including September 10, 2007, to file defendant's answer or other response in this Freedom of Information Act ("FOIA") case. As plaintiff is a prisoner proceeding pro se, the local rules about contacting the opposing counsel to determine whether there will be an objection to nondispositive motions is not applicable.

The reason for this extension is as follows: Although the court docket indicates that defendant's answer is not due until September 10, 2007, as this is a FOIA case and defendant was served on July 11, 2007, defendant's answer is actually due on August 10, 2007. However, because plaintiff's complaint has ten counts addressing FOIA responses from numerous field offices of the Federal Bureau of Investigation, the defendant agency has been unable to gather the necessary information to draft a response to the complaint by the due date. It is anticipated that thirty (30) additional days will be necessary in order to gather the information and respond to plaintiff's complaint. Accordingly, defendants respectfully request that an extension of time,

to and including September 10, 2007, be granted for the filing of defendant's answer or other response in this case. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

GARY L. SMITH
#52962-019
P.O. Box 1030
Coleman, FL 33521

on this ____10th_____ day of August, 2007.

                                               /s/
                                      CLAIRE WHITAKER,
                                      Assistant U.S. Attorney
                                      Judiciary Center Building
                                      555 Fourth St., N.W., Rm. E4204
                                      Washington, D.C.  20530
                                      (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GARY L. SMITH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1183 (RWR) |
| | ) | |
| **FEDERAL BUREAU** | ) | |
| **OF INVESTIGATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

ORDER

Upon consideration of defendant's motion to extend the time to file an answer or other response in this case, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion be, and hereby is, granted. The deadline for defendant's answer is extended to September 10, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

GARY L. SMITH
#52962-019
P.O. Box 1030
Coleman, FL 33521

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530