```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____  )
                                   )
**GARY L. SMITH,**                 )
                                   )
     **Plaintiff,**           )
                                   )
     **v.**                   )   Civil Action No. 07-1183 (RWR)
                                   )
**FEDERAL BUREAU OF**              )
**INVESTIGATION,**                 )
                                   )
     **Defendant.**           )
_____)

## SCHEDULING ORDER

It is hereby ORDERED that:

1. Defendant shall file a dispositive motion by October 26, 2007. Plaintiff must file his response to any dispositive motion by November 26, 2007. <u>Plaintiff is cautioned that failure to respond by this deadline may result in the motion being deemed unopposed and granted by the Court.</u> If defendant elects to file a reply, it must be filed by December 5, 2007.

2. **Court dates and any deadline for the close of discovery may be continued only by leave of the undersigned.** A motion for a continuance of a court date must include proposed alternative dates. Failure to provide such information may result in denial of the motion.

3. **Deadlines (other than any deadline for the close of discovery) may be altered, when all parties consent, by the filing of a Consent Notice specifying the altered deadlines and stating all parties' consent. The altered deadlines shall be effective upon the filing of the Consent Notice; no court Order shall be required.**

-2-

4.  Any motion that does not comply with Local Civil Rule 7(c) or 7(m) may be, *sua sponte*, denied.  Every motion for summary judgment and opposition to such a motion must comply with Local Civil Rule 56.1.  Every statement of undisputed material facts accompanying such a motion and every separate concise statement of genuine disputed issues accompanying such an opposition must be set forth in separately numbered paragraphs.  Every opposition to a motion for summary judgment must contain a response to the statement of undisputed material facts that sets forth each paragraph of the movant's statement and immediately following each such paragraph sets forth the opponent's response to those facts along with specific references to the parts of the record relied upon to support the response.  If an opposition fails to include a separate concise statement of genuine disputed issues, or a response to the statement of undisputed material facts, or specific references to the parts of the record relied upon to support the statement or response, the court may treat as conceded any facts asserted in the movant's statement of undisputed material facts.

5.  The parties' written communication with the Court is to be by motion, opposition, and reply, rather than by letter.  Oral inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Linda Romero, (202) 354-3166, rather than to chambers.  If Ms. Romero is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office designated as her substitute.  In an emergency, however, chambers can be reached at (202) 354-3400.

SIGNED this 25th day of September, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge