## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**GARY L. SMITH**                           )
                                            )
                    **Plaintiff,**          )
                                            )
         **v.**                             )         **Civil Action No. 07-1183 (RWR)**
                                            )
**FEDERAL BUREAU**                          )
**OF INVESTIGATION**                        )
                                            )
                    **Defendant.**          )
                                            )
_____)

ORDER

Upon consideration of defendant's motion to extend the time to file a progress report in this case, and for good cause shown, it is this _____ day of _____, 2008, ORDERED, that said motion be, and hereby is, granted.  The deadline for defendant's progress report pursuant to this Court's order of January 17, 2008 [R. 18], is extended to and including March 10, 2008.


                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copies to:

GARY L. SMITH, pro se
R52962-019
MEMPHIS
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 34550
Memphis, TN 38134

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

GARY L. SMITH )
)
           Plaintiff, )
)
    v. )          Civil Action No. 07-1183 (RWR)
)
FEDERAL BUREAU )
OF INVESTIGATION )
)
           Defendant. )
)
_____)

ORDER

Upon consideration of defendant's motion to extend the time to file a progress report in

this case, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that said motion be, and hereby is, granted.  The deadline for defendant's progress

report pursuant to this Court's order of January 17, 2008 [R. 18], is extended to and including

March 10, 2008.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

GARY L. SMITH, pro se
R52962-019
MEMPHIS
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 34550
Memphis, TN 38134

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530