UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY L. SMITH, ) | |
|         Plaintiff, ) | |
| v. ) | Civil Action No. 07-1183 (RWR) |
| FEDERAL BUREAU ) OF INVESTIGATION ) | |
|         Defendant. ) | |

## STATUS REPORT

By order dated January 7, 2008, this Court directed defendant in this Freedom of Information Act case to process potentially responsive records and file either a progress report or a dispositive motion by March 5, 2008. Docket Entry # 16. On March 5, 2008, defendant requested an extension of time to file the status report until March 10, 2008. Docket Entry # 18. Accordingly, defendant files herewith a progress report on the status of defendant's processing and review of responsive records.

As set forth in the attached Declaration of David M. Hardy, Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at the Federal Bureau of Investigation Headquarters ("FBIHQ"), the FBIHQ has completed the initial processing of records in two main investigatory files found in the Kansas City Field Office ("KCFO") and three KCFO sub-files. These files total 916 pages of records. Presently, a Supervisory Legal Administrative Specialist is reviewing the quality of the initial processing as described in the Hardy Declaration at ¶ 5.

In addition to the KCFO records, the FBI also searched the automated indices of the CRS for files in the ATFO and located one main investigatory file--305C-AT-93893, which contained three sub-files--305C-AT-93893-1A, 305C-AT-93893-1B and 305C-AT-93893-FF--all located in the ATFO. Hardy Declaration at ¶ 6. On or about February 8, 2008, the FBIHQ contacted the ATFO to retrieve the files for processing. Id. at ¶ 7. The criminal appeal of plaintiff's conviction and sentencing is presently pending. Id. and n. 2. These files, i.e., 305C-AT-93893-1A, 305C-AT-93893-1B and 305C-AT-93893-FF will remain in a pending status until the criminal appeal is final. Id. at ¶ 7.

With regard to 305C-AT-93893-1A, this file consists of 20 pages of records and was shipped to FBIHQ on Friday, March 7, 2008. Id. at n. 3. These pages will be processed. However, they will remain in a pending status until the criminal appeal is final. Id. at ¶ 7.

With regard to 305C-AT-93893-1B, this file consists of 68 pages which have been scanned into the FOIA Document Processing System and assigned for processing. Id. at 8. These pages will be processed. However, as noted above, they will remain in a pending status until the criminal appeal is final. Id. at ¶ 7.

With regard to 305C-AT-93893-FF, this file and 11 serials from sub-file 305C-AT-93893-1B, cannot be located, despite a manual search. Id. at n. 3.

All segregable responsive documents from the KCFO files will be released to plaintiff by Monday, March 17, 2008. Id. at ¶ 10.

In addition to the search for records in the KCFO and the ATFO, the FBI searched the automated indices to its CRS at the LAFO, SIFO, SCFO, TPFO, and FBIHQ, and located no records responsive to plaintiff's requests. Id. at ¶ 9.

Defendant requests that the Court permit the defendant to file a further status report on or before April 11, 2008.

                                                Respectfully submitted,

                                                /s/
                                          JEFFREY A. TAYLOR, D.C. Bar #498610
                                          United States Attorney

                                                /s/
                                          RUDOLPH.CONTRERAS, D.C. Bar # 434122
                                          Assistant United States Attorney

                                                /s/
                                          CLAIRE WHITAKER, D.C. Bar # 354530
                                          Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

GARY L. SMITH  
#52962-019  
P.O. Box 1030  
Coleman, FL 33521

on this \_\_\_\_10th\_\_\_\_\_ day of March 2008.

                                        /s/  
                                  CLAIRE WHITAKER,  
                                  Assistant U.S. Attorney  
                                  Judiciary Center Building  
                                  555 Fourth St., N.W., Rm. E4204  
                                  Washington, D.C.  20530  
                                  (202) 514-7137

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07-CV-01183 |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2) In my official capacity as Section Chief of RIDS, I supervise approximately 199 employees who staff a total of ten (10) FBIHQ units and a field operational service center unit whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order

12958, as amended; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3) Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment which has been afforded the FOIA/Privacy Act requests of plaintiff, Gary L. Smith, which seek access to records pertaining to himself in requests made to six FBI field offices: the Atlanta Field Office ("ATFO"), Los Angeles Field Office ("LAFO"), Springfield Field Office ("SIFO"), Kansas City Field Office ("KCFO"), Sacramento Field Office ("SCFO"), Tampa Field Office ("TPFO"), and FBIHQ.

(4) The purpose of this declaration is to provide the Court and plaintiff with a progress report on the FBI's efforts to gather and process the records responsive to plaintiff's FOIA/Privacy Act requests, as ordered by the Court in its January 4, 2008 Memorandum Order. A full discussion of the procedural history for plaintiff's requests and the search for documents responsive to plaintiff's requests will be included in the FBI's subsequent <u>Vaughn</u> declaration.

## CURRENT STATUS OF PLAINTIFF'S REQUESTS

(5) The FBI has completed the initial processing of records in the two main investigatory KCFO files and three KCFO sub-files, which total 916 pages. At this time, a Supervisory Legal Administrative Specialist ("SLAS") is reviewing the quality of the initial

processing, which was completed by a Legal Administrative Specialist in the FOIA/Privacy Act Unit 3, within RMD. During this supervisory review, the SLAS looks at each page of records responsive to plaintiff's request to confirm that all segregable information will be released, the exemptions used have been properly asserted, and that redactions made pursuant to those exemptions have been applied consistently. The files responsive to plaintiff's request to KCFO are the following: 305A-KC-85256, 305A-BA-80998-E6522-KC, and the three KCFO sub-files-- 305A-KC-85256-1A, 305A-KC-85256-SUB 1B, and 305A-BA-80998-E6522-KC-1B.[1]

(6) The FBI also searched the automated indices of the CRS for files in the ATFO and located one main investigatory file--305C-AT-93893, which contained three sub-files--305C-AT-93893-1A, 305C-AT-93893-1B and 305C-AT-93893-FF--all located in the ATFO.

(7) On or about February 8, 2008, FBIHQ contacted the ATFO to retrieve the files for processing. Plaintiff's criminal appeal of his conviction and sentencing is presently pending and ATFO advised that these files are still in a pending status until the appeal process is final.[2]

(8) On or about February 27, 2008, FBIHQ received file 305C-AT-93893, which

---

[1] When a case is opened, it is assigned a Universal Case File Number ("UCFN"), which is used by FBIHQ, as well as all FBI field offices and Legats that are conducting or assisting in the investigation. Using file number "305A-KC-85256," as an example, which is one of the files in this lawsuit, an explanation of the UCFN is as follows: "305A" indicates the classification for the specific type of investigation, which is this case is an investigation involving the Innocent Images National Initiative-Egroups/Organizations/Enterprises for Profit; "KC" is the abbreviated form used for the office of origin of the investigation, which in this case is KCFO; and "85256" denotes the individual case file number for that particular investigation.

[2] On February 20, 2008, the KCFO case agent advised FBIHQ that plaintiff has filed a Writ of Certiorari with the U. S. Supreme Court on February 1, 2008, appealing his conviction in U.S.A. v. Smith, 02-5019, District Court for the Western District of Missouri, which was upheld by the Eight Circuit Court of Appeals, 07-2732.

includes sub-file 305C-AT-93893-1B, totaling 68 pages.[3] This file has been forwarded to the FBI's Interim Central Records Complex in Winchester, Virginia, to be scanned into the FOIA Document Processing System ("FDPS") and assigned for processing.

(9) In addition to the search for records in the KCFO and ATFO, the FBI searched the automated indices to its CRS at the LAFO, SIFO, SCFO, TPFO, and FBIHQ, and located no records responsive to plaintiff's requests.

## CONCLUSION

(10) The FBI has identified records responsive to plaintiff's requests at two FBI field offices--KCFO and ATFO. The FBI has completed the processing of documents in the two main KCFO files and three KCFO sub-files and this processing is undergoing supervisory review to confirm that all segregable information will be released, the exemptions used have been properly asserted, and that redactions made pursuant to those exemptions have been applied consistently. The FBI anticipates a release of all segregable information of the KCFO material on March 17, 2008. The main ATFO file will be processed for release as soon as possible.

---

[3] Several serials, which could be documents or items and that should be present in the file, are not physically located in the file. During the preparation of this declaration, ATFO advised FBIHQ that sub-file 305C-AT-93893-1A had been located and was shipped via FEDEX on Friday, March 7, 2008 for processing, but has not yet been received. ATFO has advised FBIHQ that there are approximately 20 pages in this package. Upon receipt, these pages will be processed as soon as possible. Additionally, 305C-AT-93893-FF and 11 serials from sub-file 305C-AT-93893-1B could not be located despite a manual search.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of March, 2008.

_____
DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.