IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,                    )
                 Plaintiff,       )
                                  )
v.                                )   Case No.:  1:07-cv-1183
                                  )
                                  )
FEDERAL BUREAU OF INVESTIGATION,  )
                 Defendant.       )

RECEIVED

MAR 14 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF CHANGE OF ADDRESS

COMES NOW, Gary L. Smith, and respectfully gives this Honorable Court notice of a new address for the Plaintiff.

The Plaintiff is now being warehoused at:

        Gary L. Smith
        #52962-019
        P.O. Box 90043
        Petersburg, Virginia  23804

Respectfully submitted,

_____
Gary L. Smith, Pro Se
#52952-019
P.O. Box 90043
Petersburg, Virginia  23804

Date: 28-Feb-08

Certificate of Service

I, Gary L. Smith, hereby certify that a true and correct copy of the following documents:

- Notice of Change of Address; and
- Motion for Docket Sheet

has been sent via First Class, Postage Pre-paid mail using the United States Postal Service by placing the foregoing into the institutional legal mail system on this 28th day of February 2008 and addressed to the following parties:

    United States District Court
    attn: Clerk of the Court
    333 Constitution Avenue, NW
    Washington, DC  20001

    Claire Whitaker
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, N.W., Room E4204
    Washington, DC  20530

Executed on: 28-Feb-08        By: _____
                                                Gary L. Smith