UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1183 (RWR) |
| ) | |
| FEDERAL BUREAU ) | |
| OF INVESTIGATION ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME (NUNC PRO TUNC)**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Federal Bureau of Investigation, moves this Court for a three-day extension of time, to and including March 10, 2008, to file a progress report in this Freedom of Information Act case. As the plaintiff is a prisoner, defendant did not attempt to contact him regarding this extension of time.

The reasons for this extension are as follows: By order dated January 7, 2008, this Court directed defendant in this Freedom of Information Act case to process potentially responsive records and file either a progress report or a dispositive motion by March 5, 2008. Docket Entry # 16. In support of the progress report, defendant's counsel primarily assigned to this case has received the Declaration of David M. Hardy, Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at the Federal Bureau of Investigation Headquarters ("FBIHQ"). However, there appear to be errors in the declaration that may require correction before it may be filed with the Court. As Mr. Hardy is out of the office until Monday, March 10, 2008, defendant respectfully requests that the due date for the progress report be extended to that date to enable counsel to further consult with him about the declaration.

A proposed order is attached.

                                          Respectfully submitted,

                                          /s/
                                        JEFFREY A. TAYLOR, D.C. Bar  #498610
                                        United States Attorney

                                          /s/
                                        RUDOLPH.CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                          /s/
                                        CLAIRE WHITAKER, D.C. Bar # 354530
                                        Assistant United States Attorney
                                        555 4th St., N.W. E-4204
                                        Washington, D.C. 20530
                                        202-514-7137

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

GARY L. SMITH
R52962-019
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 23804

on this \_\_\_\_31st\_\_\_\_\_ day of March 2008.

                                           /s/
                                      CLAIRE WHITAKER,
                                      Assistant U.S. Attorney
                                      Judiciary Center Building
                                      555 Fourth St., N.W., Rm. E4204
                                      Washington, D.C.  20530
                                      (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY L. SMITH )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU )<br>OF INVESTIGATION )<br>)<br>  Defendant. )<br>) | Civil Action No. 07-1183 (RWR) |

**ORDER**

Upon consideration of defendant's motion to extend time (nunc pro tunc) to file a progress report in this case, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that said motion be, and hereby is, granted.  The deadline for defendant's progress report pursuant to this Court's order of January 17, 2008 [R. 18], be extended to and including March 10, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

GARY L. SMITH, pro se
R52962-019
MEMPHIS
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 34550
Memphis, TN 38134

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530