**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **GARY L. SMITH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1183 (RWR)** |
| | ) | |
| **FEDERAL BUREAU** | ) | |
| **OF INVESTIGATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE**

Defendant's Status Report filed on March 10, 2008 (Docket # 19) was mailed to plaintiff,

but was returned due to an address change by plaintiff (See Notice of Change of Address, Docket

# 20).  Defendant hereby certifies that a copy has been sent to the current address reflected in the

Amended Certificate of Service attached.  Additionally, a copy of defendant's Motion to Extend

Time (Nunc Pro Tunc)(Docket #  21), filed today, was also sent to plaintiff at his new address.


_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage

prepaid to:

GARY L. SMITH
R52962-019
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 23804

on this _____31st_____ day of March 2008.

                                                    ___/s/_____
                                                    CLAIRE WHITAKER,
                                                    Assistant U.S. Attorney
                                                    Judiciary Center Building
                                                    555 Fourth St., N.W., Rm. E4204
                                                    Washington, D.C.  20530
                                                    (202) 514-7137