IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary L. Smith,           )
        Plaintiff,   )
                     )
v.                       )  Case No. 1:07-cv-1183
                     )
                     )
FEDERAL BUREAU OF INVESTIGATION, )
        Defendant.   )

### PLAINTIFF'S SECOND NOTICE OF CHANGE OF ADDRESS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully gives this Honorable Court a second notice of a change of address for the Plaintiff.

The Plaintiff previously filed a notice of change of address on or about February 28, 2008 with this Court. The Plaintiff has not received anything from this Court nor the Defendant within the past two(2) months.

    The Plaintiff's new address is:  Gary L. Smith
                                               #52962-019
                                               P.O. Box 90043
                                               Petersburg, Virginia   23804

Respectfully submitted,

*[signature]*

Date: 28-Mar-08

Gary L. Smith, Pro Se
#52962-019
P.O. Box 90043
Petersburg, Virginia   23804

Certificate of Service

I, Gary L. Smith, hereby certify that a true and correct copy of the following documents:

- Motion to Compel and Damages;
- Motion for Production of Docket; and
- Plaintiff's Second Notice of Change of Address

has been sent via First Class, postage pre-paid mail using the United States Postal Service by depositing the foregoing into the institutional legal mail system on this 28th day of March 2008 and addressed to the following parties:

    United States District COurt
    attn: Clerk of the COurt
    333 Constitution Avenue, NW
    Washington, DC  20001

    Claire Whitaker
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, N.W., Room E4204
    Washington, DC  20530

Executed on: 28-Mar-08    By: _____
                                         Gary L. Smith