IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary L. Smith, )
           Plaintiff, )
)
v. )   Case No. 1:07-cv-1183
)
)
FEDERAL BUREAU OF INVESTIGATION, )
           Defendant. )

## MOTION TO COMPEL AND DAMAGES

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully requests this Honorable Court to Compel the Defendant to adhear to this Court's order to produce a Vaughn Index by March 3, 2008.

As of this date, the Plaintiff has not received any information from the Defendant regarding a Vaughn Index, as order by this Court. The Plaintiff is asking this Court to find the Defendant in contempt of this Court and asks this Court to find the Defendant One thousand dollars ($1000.00) per day the Defendant delays the production of a Vaughn Index.

Respectfully submitted,

_[signature]_

Date: 28-Mar-08

Gary L. Smith, Pro Se
#52962-019
P.O. Box 90043
Petersburg, Virginia 23804

## Certificate of Service

I, Gary L. Smith, hereby certify that a true and correct copy of the following documents:

- Motion to Compel and Damages;
- Motion for Production of Docket; and
- Plaintiff's Second Notice of Change of Address

has been sent via First Class, postage pre-paid mail using the United States Postal Service by depositing the foregoing into the institutional legal mail system on this 28th day of March 2008 and addressed to the following parties:

> United States District COurt
> attn: Clerk of the COurt
> 333 Constitution Avenue, NW
> Washington, DC  20001

> Claire Whitaker
> Assistant United States Attorney
> Judiciary Center Building
> 555 Fourth Street, N.W., Room E4204
> Washington, DC  20530

Executed on: 28-Mar-08                          By: _____
                                                      Gary L. Smith