UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| GARY L. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1183 (RWR) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the pending motions in this Freedom of Information Act case, it is

ORDERED that defendant's motion to enlarge the time *nunc pro tunc* to March 10, 2008, to file its first progress report [Dkt. No. 21] is GRANTED; it is further

ORDERED that, based on the second progress report filed on April 14, 2008, defendant shall file its summary judgment motion by May 30, 2008; and it is further

ORDERED that plaintiff's motions for a *Vaughn* index and damages [Dkt. Nos. 5, 24] are DENIED as premature.

_____/s/_____
RICHARD W. ROBERTS
DATE: April 17, 2008                United States District Judge