IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary L. Smith,  )
          Plaintiff,  )
  )
v.  )  Case No.: 1:07-cv-01183-RWR
  )
  )
FEDERAL BUREAU OF INVESTIGATIONS,  )
          Defendant.  )

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S STATUS REPORT

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and objects to the Defendant's Status Report for the following reasons:

1. On page 2 of the Defendant's Status Report ("SR"), they state that the defendant has **lost** vital records.

2. The Defendant makes no reference to records which should located in either the Los Angeles Field Office or Las Vegas Field Office. The Defendant intervied a Stacey Stenton, from Las Vegas, who provided a statement, as well as evidence, which was used against the Plaintiff.

3. The Plaintiff's case before the Supreme Court was dismissed on March 17, 2008.

4. The Defendant makes no reference to records which should be located in Tampa Field Office. The Defendant interviewed a Samantha Blackmond and her mother in connection to the Plaintiff's criminal case.

5. As of this date, April 9, 2008, the Plaintiff has recieved **nothing** from the Defendant.

The Plaintiff requests this Honorable Court take judicial

- 1 -

of the facts presented herein, pursuant the Federal Rules of Evidence, Rule 201.

                                              Respectfully submitted,

Date: April 9, 2008

                                              Gary L. Smith, Pro Se
                                              #52962-019
                                              P.O. Box 90043
                                              Petersburg, Virginia 23804