IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,
          Plaintiff,

v.

      Case No.: 1:07-cv-01183-RWR

FEDERAL BUREAU OF INVESTIGATIONS,
          Defendant.

RECEIVED
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S REQUEST FOR TELEPHONE CONFERENCE WITH DEFENDANT

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully asks this Honorable Court to urge the Defendant to have a conference call with the Plaintiff to "iron out" issues of the Plaintiff's Freedom of Information request. The Plaintiff believes he can assist the Defendant by narrowing the scope of the FOIA request.

Respectfully submitted,

Date: April 9, 2008

*[signature]*

Gary L. Smith, Pro Se
#52962-019
P.O. Box 90043
Petersburg, Virginia 23804

## Certificate of Service

I, Gary L. Smith, hereby certify that true and correct copy of the following documents:

- Plaintiff's Objections to Defendant's Status Report; and
- Plaintiff's Request for Telephone Conference with Defendant

has been sent via First Class, Postage Pre-paid mail using the United States Postal Service by depositing the foregoing into the institutional legal mail system on this 10th day of April 2008 and addressed to the following parties:

United States District Court
attn: Clerk of the Court
333 Constitutional Avenue, NW
Washington, DC  20001


Claire Whitaker
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW, Room E4204
Washington, DC  20530

Executed on: 10-Apr-08           by: _____
                                      Gary L. Smith