IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith, )
                Plaintiff, )
)
v. ) Case No.: 1:07-cv-1183 RWR
)
)
FEDERAL BUREAU OF INVESTIGATION, )
                Defendant. )

MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE PLAINTIFF'S OBJECTIONS TO
DEFENDANT'S THIRD STATUS REPORT

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully requests an extension of time currently prescribed for the Plaintiff to file objections to the Defendant's third status report up until and including July 18, 2008.

This request for an extension of time is predicated on the fact the Plaintiff has numerous documents to research (by hand). This enlargement of time is reasonable under these circumstances and Defendant will not be prejudiced if this Court grants this extension.

Respectfully submitted,

18-June-08

[signature]
Gary L. Smith, Pro Se
#52962-019
P.O. Box 90043
Petersburg, Virginia  23804

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,                )
            Plaintiff,        )
                              )
v.                            )   Case No.:  1:07-cv-1183
                              )
                              )
FEDERAL BUREAU OF INVESTIGATION, )
            Defendant.        )

## MOTION FOR PRODUCTION OF EXHIBITS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully requests the Defendant to forward copies of the FOIA requests submitted to it which are part of this instant case.

The Federal Bureau of Prisons has lost some of the Plaintiff's legal property, including some documents from this case. Therefore, the Plaintiff respectfully asks the attorney for the Defendant to send him copies of the FOIA requests submitted to the FBI which are part of htis instant case.

Respectfully submitted,

Date: 18-June-08

Gary L. Smith, Pro Se
#52962-019
P.O. Box 90043
Petersburg, Virginia   23804

## Certificate of Service

I, Gary L. Smith, hereby certify that a true and correct copy of the following documents:

- Motion for Extension of Time in Which to File Plaintiff's Objections to Defendant's Third Status Report; and

- Motion for Production of Exhibits

has been sent via First Class, Postage Pre-Paid mail using the United States Postal Service on this 18th day of June 2008 and addressed to the following parties:

> United States District Court
> attn: Clerk of the Court
> 333 Constitution Avenue, NW
> Washington, DC  20001

> Claire Whitaker
> Assistant United States Attorney
> Judiciary Center Building
> 555 Forth Street, NW, Room E4204
> Washington, DC  20530

Executed on: 18-June-08            By: _____
                                        Gary L. Smith