UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-1183 (RWR) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

ORDER

Plaintiff has requested a telephone conference with defendant in order to narrow the scope of his Freedom of Information Act ("FOIA") request. [Pl.'s Mot. Dkt. No. 28] at 1. Since then, as part of its third status report reflecting its release of responsive records to plaintiff on May 21, 2008, defendant has moved in the interests of judicial economy to enlarge the time to file a summary judgment motion from May 30, 2008 to "seven days after plaintiff files a notice with the Court that he . . . wishes to contest the withholdings." Def.'s Mot. [Dkt. No. 29] at 1-2. In response, plaintiff has moved for an enlargement of time to July 18, 2008, "to file objections to the Defendant's third status report." Pl.'s Mot. [Dkt. No. 30] at 1. In addition, because the Bureau of Prisons has "lost some of the Plaintiff's legal property," plaintiff moves for defendant to provide him copies of his "FOIA requests submitted to the FBI." *Id*. at 2.

In the current posture of this case, plaintiff carries no obligation to contest the defendant's response to his FOIA request beyond having filed the complaint. While the defendant will not be ordered to confer or correspond with plaintiff regarding his offer to narrow the scope of his FOIA

request, such communication might further the judicial economy defendant seeks.  Granting a delay of uncertain duration in the deadline for filing a summary judgment motion is not certain to advance this case.  Moreover, defendant's dispositive motion, to which plaintiff will be given time to respond, presumably will include copies of the FOIA requests forming the basis of this action.  Accordingly, it is

ORDERED that defendant's motion to enlarge the time [Dkt. No. 29] is DENIED. Defendant has twenty (20) days from the entry of this Order to file its summary judgment motion; it is further

ORDERED that plaintiff's motion for an enlargement of time to respond to the third status report and for a copy of his FOIA requests [Dkt. No. 30] is DENIED; and it is further

ORDERED that plaintiff's request for a telephone conference with defendant, treated as a motion [Dkt. No. 28], is DENIED as moot.

_____/s/_____
RICHARD W. ROBERTS
DATE: June 24, 2008                         United States District Judge