## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――

|  |  |
|---|---|
| GARY L. SMITH | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )     Civil Action No. 07-1183 (RWR) |
|  | ) |
| FEDERAL BUREAU | ) |
| OF INVESTIGATION | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

―――――――――――――――――――――)

## MOTION TO DISMISS OR FOR SUMMARY JUDGMENT
## OR TO STAY PROCEEDINGS

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendant hereby moves to dismiss this

action as Plaintiff has failed to pay his processing fees as required by the Freedom of

Information Act ("FOIA"). In the alternative, the Court is asked to enter summary judgment in

favor of the Defendant, pursuant to Fed. R. Civ. P. 56, because there is no genuine issue as to

any material fact and the Defendant is entitled to judgment as a matter of law.[1] Should this

――――――――――――

[1] To the extent that the Court may rely on matters outside of the pleadings, the Court may enter summary judgment in favor of the defendant. See Fed. R. Civ. P. 12(b); 56. Plaintiff should take notice that any factual assertions contained in the documents in support of this motion may be accepted by the Court as true unless the plaintiff submits his own affidavit or other documentary evidence contradicting the assertions in the documents. See Neal v. Kelly, 963 F.2d 453, 456-57 (D.C. Cir. 1992), Local Rule 7(h); 56.1 and Fed. R. Civ. P. 56(e), which provides as follows:

> Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits. When a motion for summary judgment is made and supported as

dispositive motion not be granted, the FBI requests that the Court stay further proceedings until

Plaintiff has satisfied his obligation under the FOIA.  The Court is respectfully referred to the

accompanying memorandum and to the statement of material facts accompanying this motion.

<div style="margin-left: 40%;">

Respectfully submitted,

_____/s/_____

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____/s/_____

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____

CLAIRE WHITAKER, DC Bar #354530
Assistant United States Attorney

</div>

---

provided in this rule, an adverse party may not rest upon the mere allegations or
denials of the adverse party's pleading, but the adverse party's response, by
affidavits or as otherwise provided in this rule, must set forth specific facts
showing that there is a genuine issue for trial.  If the adverse party does not so
respond, summary judgment, if appropriate, shall be entered against the adverse
party.

Fed. R. Civ. P. 56(e).

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **GARY L. SMITH** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-1183 (RWR)** |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF INVESTIGATION** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____) | |

## DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT, OR TO STAY PROCEEDINGS

### INTRODUCTION

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a, and pertains to asserted FOIA/Privacy Act requests to the Defendant Federal Bureau of Investigation.[1]   Plaintiff Gary Smith is a federal prisoner. See Complaint, ¶ 1.   The claims against Defendant are subject to dismissal because the refusal to pay outstanding fees constitutes a failure to exhaust administrative prerequisites to suit.   In the alternative, Defendant requests summary judgment or a stay of proceedings until Plaintiff pays his outstanding obligation.

---

[1]   The proper party in a FOIA case is the agency.  5 U.S.C. § 552(a)(4)(B); 5 U.S.C. § 552(f)(1). Accordingly, should Plaintiff fail to amend his complaint to name the proper party, the U.S. Department of Justice, there are separate grounds for dismissal of this action as the FBI is only a component of this agency. See Judicial Watch, Inc. v. FBI, 190 F. Supp. 2d 29, 30 n.1 (D.D.C. 2002).

<div style="text-align:center"><u>FACTUAL BACKGROUND TO THIS MOTION</u></div>

The FBI Headquarters has completed the processing of records responsive to Plaintiff's

FOIA/Privacy Act requests and released all reasonably segregable portions.  Fourth Declaration

of David M. Hardy, attached hereto, ¶ 4.  Indeed, Defendant has sent a second copy of

previously released records to Plaintiff on April 8, 2008, and then additional records responsive

to his requests on May 21, 2008.  *Id.* at ¶¶ 14-15; ¶¶ 29-30.  Plaintiff was advised of outstanding

duplications fees on May 21, 2008, and July 9, 2008.  *Id. at ¶¶* 15-16; ¶¶ 30-31; Exhibits K and

L.

<div style="text-align:center"><u>ARGUMENT</u></div>

A.     <u>Failure To Exhaust His Administrative Remedies</u>

It is well-established in administrative law that "no one is entitled to judicial relief for a

supposed or threatened injury until the prescribed administrative remedy has been exhausted."

<u>McKart</u> v. <u>United States</u>, 395 U.S. 185, 193 (1969).  Exhaustion of such administrative remedies

is required under FOIA before a party can seek judicial review.  <u>Dettmann</u> v. <u>U.S. Dept. of</u>

<u>Justice</u>, 802 F.2d 1472, 1477 (D.C. Cir. 1986).  A FOIA requester is deemed to have failed to

exhaust administrative remedies whenever the requester fails to comply with the administrative

procedures set forth under FOIA, including: (1) providing the required proof of identity,

<u>Summers</u> v. <u>U.S. Dept. of Justice</u>, 999 F.2d 570, 572-73 (D.C. Cir. 1993); (2) reasonably

describing the records sought, <u>Gillin</u> v. <u>IRS</u>, 980 F.2d 819, 822-23 (1st Cir. 1992); (3) complying

with fee requirements, <u>Trueblood</u> v. <u>U.S. Dept. of Treasury, I.R.S.</u>, 943 F. Supp. 64, 68 (D.D.C.

1996); and (4) administratively appealing a denial of records, <u>Oglesby</u> v. <u>U.S. Dept. of Army</u>,

<div style="text-align:center">–2–</div>

920 F.2d 57 (D.C. Cir. 1990).  Where a FOIA plaintiff attempts to obtain judicial review without having first fully exhausted his administrative remedies, his lawsuit is subject to dismissal for lack of subject matter jurisdiction.  <u>Id</u>.  Because Plaintiff has also failed to state a claim, and Defendant relies on a declaration, the Court may consider this motion, a motion for summary judgment as well.  Fed. R. Civ. 12(b)(6); 56(c).

      B.    <u>Failure to Pay Fees</u>

      FOIA requires agencies to establish fee schedules for the time taken to search for records and for the cost of copying records.  <u>See</u> 5 U.S.C. § 552(a)(4)(A)(I); 28 C.F.R. § 16.11 (DOJ regulation implementing this provision).  Agencies must generally collect all applicable fees before sending copies of requested records to a requester, <u>see</u> 28 C.F.R. § 16.11(a), and "where a requester has previously failed to pay a properly charged FOIA fee to any component or agency within 30 days of the date of billing, a component may require the requester to pay the full amount due, plus any applicable interest, and to make an advance payment of the full amount of any anticipated fee, before the component begins to process a new request or continues to process a pending request from the requester."  <u>See</u> 28 C.F.R. § 16.11(i)(3); 5 U.S.C. § 552(a)(4)(A)(v).  An agency may require payment of fees even if the FOIA request has become the subject of litigation.  <u>See</u>, <u>e.g.</u>, <u>Trueblood</u> v. <u>U.S. Dept. of Treasury, IRS</u>, 943 F. Supp. at 68 (failure to pay fees is a jurisdictional defense that can be raised at any time); <u>see</u> <u>also</u> <u>Pollack</u> v. <u>Department of Justice</u>, 49 F.3d 115, 117, 119-20 (4th Cir. 1995) ("we affirm the district court's judgment [for DOJ] because Pollack refused to pay the required fees for search and duplicating costs or to obtain a waiver of that requirement").

As demonstrated below, the failure to pay the fees required constitutes a failure to exhaust administrative remedies with respect to the Defendant Department of Justice. Pursuant to the requirements of the FOIA, DOJ has promulgated comprehensive regulations, set forth at 28 C.F.R. §§ 16.1 *et seq*., governing the procedures requesters must follow in making FOIA requests to DOJ components, as well as procedures components must follow in responding to such requests. See 5 U.S.C. § 552(a)(1)(A).

Plaintiff has not paid fees required within 30 days of their original assessment by DOJ (May 21, 2008). See Hardy Decl., ¶¶ 14; ¶ 30; ¶ 59 and Exhibits K and L, thereto. Accordingly, under DOJ regulations, he has failed to exhaust administrative remedies. 28 C.F.R. § 16.11(i)(3); Maydak v. U.S. Dept. of Justice, 254 F.Supp.2d 23, *50 (D.D.C. 2003) ("The payment or waiver of fees or an administrative appeal from the denial of a fee waiver request is a jurisdictional prerequisite to bringing suit on a FOIA claim in the district court.").

   C.    Alternatively, a Stay Pending Receipt of Payment is Warranted.

In the event that the claims against the FBI are not dismissed, the Court is respectfully requested to enter a stay pending receipt of Plaintiff's payment. Defendant urges the Court to take this course of action in light of the fact that the fees originally assessed ($92.60), were subsequently reduced to $68.60, by letter dated July 9, 2008. As the thirty day period for the corrected amount does not expire until August 8, 2008, the Plaintiff still has time to pay this obligation.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY L. SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civil Action No. 07-1183 (RWR)** |
| | ) |
| **FEDERAL BUREAU** | ) |
| **OF INVESTIGATION** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1.  The FBI Headquarters has completed the processing of records responsive to Plaintiff's FOIA/Privacy Act requests and released all reasonably segregable portions.  Fourth Declaration of David M. Hardy, attached hereto, ¶ 4.

2.  Plaintiff was advised of outstanding duplications fees on May 21, 2008, and July 9, 2008.  *Id. at* ¶¶ 15-16; ¶¶ 30-31; Exhibits K and L.

3.  Plaintiff has not paid fees required within 30 days of their original assessment by DOJ (May 21, 2008).  See Hardy Decl., ¶ 59.

Respectfully submitted,

           /s/
_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

           /s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage

prepaid to:

GARY L. SMITH
R52962-019
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 23804

on this ____14th_____ day of July 2008.

                                    ___/s/_____
                                    CLAIRE WHITAKER,
                                    Assistant U.S. Attorney
                                    Judiciary Center Building
                                    555 Fourth St., N.W., Rm. E4204
                                    Washington, D.C.  20530
                                    (202) 514-7137

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY L. SMITH, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:07-CV-01183 |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

## FOURTH DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2)    In my official capacity as Section Chief of RIDS, I supervise approximately 194 employees who staff a total of ten (10) FBIHQ units and a field operational service center unit whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order

12958, as amended; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and other Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment which has been afforded the FOIA/Privacy Act requests of plaintiff, Gary L. Smith, which seek access to records pertaining to himself located at FBIHQ and six FBI field offices: the Atlanta Field Office ("ATFO"), Los Angeles Field Office ("LAFO"), Springfield Field Office ("SIFO"), Kansas City Field Office ("KCFO"), Sacramento Field Office ("SCFO"), and Tampa Field Office ("TPFO").

(4)     The purpose of this declaration is to provide the Court and plaintiff with information regarding plaintiff's FOIA/Privacy Act requests in support of defendant's motion to dismiss or, in the alternative, for stay. FBIHQ has completed the processing of records responsive to plaintiff's FOIA/Privacy Act requests and released all reasonably segregable portions. The FBI has not received payment of the fees assessed for the release of records sent to plaintiff under cover of letter dated May 21, 2008.

2

## PROCEDURAL HISTORY OF PLAINTIFF'S FOIA/PRIVACY ACT REQUESTS

### KCFO

(5)    By letter dated September 12, 2006, plaintiff submitted a FOIA/Privacy Act

request to the KCFO for:

> • All books, papers, documents, memorandums, data (computer or otherwise) and/or the like that reference myself;
>
> • Copies of any and all warrants, orders, inventories, memorandum or other documents obtained or created in connection with any tanagable [sic] objects belonging at one time to myself;
>
> • Copies of any or all photographs (either electronic or paper), films, publications or computer data that were copied or seized pursuant to any search warrants involving myself;
>
> • Complete directory, file, e-mail and data information from any and all computers and copies of computer data which was obtained from myself or my property;
>
> • Results of any physical or mental examinations, scientific tests or experiments, or copies of them, including, but not limited to, handwriting exemplars, photographs, fingerprints, or other similar materials of myself or my property; and
>
> • Any inter- or intra- department/agency communications, temporary documents, e-mails or any other communications and/or documents, whether or not included in my permanent file/record.

(See Exhibit A.)

(6)    By letter dated October 17, 2006, plaintiff submitted a letter to the U.S.

Department of Justice Office of Information and Privacy ("DOJ OIP") appealing a lack of

response to his September 12, 2006 request to KCFO. (See Exhibit B.)

(7)    By letter dated November 9, 2006, FBIHQ acknowledged receipt of plaintiff's

3

FOIA/Privacy Act request to the KCFO. (<u>See</u> **Exhibit C.**)

(8)    By letter dated November 24, 2006, plaintiff submitted a letter acknowledging receipt of FBIHQ letter dated November 9, 2006, regarding KCFO records. (<u>See</u> **Exhibit D.**)

(9)    By letter dated December 11, 2006, DOJ OIP advised plaintiff that his October 17, 2006 appeal citing the failure of the FBI to respond to his FOIA/Privacy Act request to the KCFO had been assigned appeal #07-0171. Further, DOJ OIP responded that, "Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. <u>See</u> 28 C.F.R. § 16.9 (2006). As no adverse determination has yet been made, there is no action for this Office to consider on appeal." (<u>See</u> **Exhibit E.**)

(10)    By letter dated January 4, 2007, plaintiff sent notification of change of address stating, "I received your 9-May-07 letter on 29-May-07. Please note my current address:......." (<u>See</u> **Exhibit F.**)

(11)    By letter dated May 9, 2007, FBIHQ advised plaintiff of the status of his pending FOIA/Privacy Act request to KCFO. (**See Exhibit G.**)

(12)    By letter dated July 11, 2007, the FBI responded to plaintiff's requests sent to KCFO, SCFO, LAFO, Quantico, and ATFO, stating that responsive records were located in the KCFO and that these records were exempt from disclosure pursuant to Title 5, U.S.C. § Section 552, subsection (b)(7)(A). Plaintiff was advised he could appeal this denial by writing to DOJ OIP within sixty days. (<u>See</u> **Exhibit H.**)

(13)    By letter dated March 17, 2008, FBIHQ released to plaintiff records responsive

4

to his KCFO and ATFO requests,[1] which consisted of 79 pages with redactions made pursuant to FOIA Exemptions (b)(2), (b)(3), (b)(4), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E), 5 U.S.C. §§ 552(b)(2), (b)(3), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E), and Privacy Act Exemption (j)(2), 5 U.S.C. § 552a(j)(2).  **(See Exhibit I.)**

(14)    On April 8, 2008, FBIHQ sent a second copy of these responsive records to plaintiff's new address as specified in plaintiff's March 14, 2008 filing with the Court.  **(See Exhibit J.)**

(15)    By letter dated May 21, 2008, FBIHQ released additional records responsive to plaintiff's requests to the KCFO and ATFO, subject to withholdings pursuant to Privacy Act Exemption (j)(2) and FOIA Exemptions 2, 3, 6, 7(C), 7(D) and 7(E).  Plaintiff was advised that the FBI had reviewed 1,193 pages of potentially responsive records and had determined that 1,026 pages were actually responsive to his requests.  Further, plaintiff was advised that pursuant to 28 C.F.R. §§ 16.11 and 16.49, there is a duplication fee of ten cents per page and that no fees were assessed for the first 100 pages. Plaintiff was provided with a request for payment of duplication fees of $92.60.  **(See Exhibit K.)**

(16)    By letter dated July 9, 2008, FBIHQ advised plaintiff that the fee for documents released to him on May 21, 2008 was incorrect and the correct fee for duplication of the responsive records released to him was $68.60.  **(See Exhibit L.)**

### ATFO

(17)    By letter dated August 22, 2006, plaintiff submitted a FOIA/Privacy Act request

---

[1] Additional responsive records were later located at the ATFO.  No responsive records were located in the FBIHQ, LAFO, SIFO, SCFO, and TPFO.

to the ATFO for:

- All documents regarding seizure number 3040-02-F-0133, including but not limited to:

  a) Inventory Lists; and
  b) Location of items.

- Investigative notes, documents, memorandum (official or unofficial, no matter if permanent or temporary in nature), data, e-mails (inter- or intra-departmental) and/or any other information that references myself.

- Any adverse action or disciplinary reports on Agent Cameron Roe.

- Copies of all data (including but not limited to) - all files, e-mails and/or other data from my seized computer equipment.

**(See Exhibit M.)**

(18)    By letter dated August 23, 2006, ATFO acknowledged plaintiff's FOIA/Privacy

Act request dated August 22, 2006 and advised that the request had been forwarded to FBIHQ.

**(See Exhibit N.)**

(19)    By letter dated September 12, 2006, plaintiff submitted a letter to FBIHQ

appealing a lack of response from ATFO.  **(See Exhibit O.)**

(20)    By letter dated September 19, 2006, plaintiff submitted a second FOIA/Privacy

Act request to ATFO for:

- All FOI/PA requests and responses made by myself to this field office of the FBI from January 1, 2002 to present; and

- Addresses for the following FBI field offices:

  - Quantico, Virginia;              - St. Louis, Missouri;
  - Kansas City, Missouri;        - Fort Myers, Floridia **[sic]**

6

- Chicago, Illinois;
- Las Vegas, Nevada;
- San Fransisco, [sic] California;
- Los Angeles, California

**(See Exhibit P.)**

(21)    By letter dated September 21, 2006, ATFO acknowledged plaintiff's

FOIA/Privacy Act request dated September 19, 2006, and advised that it had been referred to

FBIHQ for processing.  **(See Exhibit Q.)**

(22)    By letter dated October 9, 2006, plaintiff submitted a third request to ATFO for:

- All books, paper, documents, memorandum, data (computer or otherwise) and/or the like that references myself;

- Copies of any and all warrants, orders, inventories, memorandum or other documents obtained or created in connection with any tanagable [sic] objects belonging at one time to myself;

- Copies of any photographs (either electronic or paper/film), films, publications or computer data that were copied or seized pursuant to any search warrant involving either myself or my property;

- Complete directory, file, e-mail and data/information from all computers and copies of computer data which was obtained from myself or my property;

- Results of any physical or mental examinations, scientific tests or experiments, or copies of them, including, but not limited to, handwriting exemplars, photographs, fingerprints or other similar materials of myself or my property; and

- Any inter- or intra- department and/or agency communications, temporary documents, e-mails or any other communications and/or documents, whether or not included in any permanent file/record, that references either me or my property.

**(See Exhibit R.)**

7

(23)    By letter dated October 10, 2006, plaintiff was advised that the material from

ATFO was located in an investigative file exempt from disclosure pursuant to 5 U.S.C. §

552(b)(7)(A).  Plaintiff was advised that he could appeal this denial by writing to DOJ OIP

withing sixty (60) days. **(See Exhibit S.)**

(24)    By letter dated October 18, 2006, ATFO acknowledged plaintiff's FOIA/Privacy

Act request dated October 9, 2006 and advised that it had been referred to FBIHQ for processing.

**(See Exhibit T.)**

(25)    By letter dated June 11, 2007, plaintiff submitted a fourth FOIA/Privacy Act

request to the ATFO requesting, "disclosure and copies of the following":

> • All computer data seized from my residence on
>   April 18, 2002 at 4417 Waterworks Road,
>   Jefferson, Georgia on CD-ROMS.  This shall
>   include all computers, hard disk drives, PDA's,
>   floppy disks and any other electronic media.
>   (Note: Place data on <u>CD-ROM</u> - not paper).

**(See Exhibit U.)**

(26)    By letter dated June 14, 2007, ATFO acknowledged receipt of plaintiff's June 11,

2007 request and referred it to FBIHQ for processing.  **(See Exhibit V.)**

(27)    By letter dated July 11, 2007, the FBI responded to plaintiff's requests sent to

KCFO, SCFO, LAFO, Quantico, and ATFO, stating that responsive records were located in the

KCFO and that these records were exempt from disclosure pursuant to 5 U.S.C. § 552(b)(7)(A).

Plaintiff was advised he could appeal his denial by writing the DOJ OIP within sixty days. **(See**

**Exhibit H.)**

(28)    By letter dated March 17, 2008, FBIHQ released to plaintiff records responsive

8

to his KCFO request,[2] which consisted of 79 pages with redactions made pursuant to FOIA Exemptions (b)(2), (b)(3), (b)(4), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) and Privacy Act Exemption (j)(2).  (**See Exhibit I.**)

(29)    On April 8, 2008, FBIHQ sent a second copy of these responsive records to plaintiff's new address as specified in plaintiff's March 14, 2008 filing with the Court.  (**See Exhibit J.**)

(30)    By letter dated May 21, 2008, FBIHQ released additional records responsive to plaintiff's requests to the KCFO and ATFO, subject to withholdings pursuant to Privacy Act Exemption (j)(2) and FOIA Exemptions 2, 3, 6, 7(C), 7(D) and 7(E).  Plaintiff was advised that the FBI had reviewed 1,193 pages of potentially responsive records and had determined that 1,026 pages were actually responsive to his requests.  Further, plaintiff was advised that pursuant to 28 C.F.R. §§ 16.11 and 16.49, there is a duplication fee of ten cents per page and that no fees were assessed for the first 100 pages. Plaintiff was provided with a request for payment of duplication fees of $92.60.  (**See Exhibit K.**)

(31)    By letter dated July 9, 2008, FBIHQ advised plaintiff that the fee for documents released to him on May 21, 2008 was incorrect and the correct fee for duplication of the responsive records released to him was $68.60.  (**See Exhibit L.**)

## FBIHQ

(32)    By letter dated January 31, 2006, plaintiff submitted a FOIA/Privacy Act request

---

[2] Additional responsive records were later located at the ATFO.  No responsive records were located in the FBIHQ, LAFO, SIFO, SCFO, and TPFO.

9

to FBIHQ for:

- All documents, photographs, investigative notes and the like contained in File No: 305A-BA-80998-E6522-KC.

- Any adverse action reports on Special Deputy U.S. Marshall Cameron Roe.

- Copies of forensic examinations used to seare [sic] search warrant 2:02-M-026, used to seize property of Gary L. Smith at 4417 Waterworks Road, Jefferson, Jackson County in the Northern District of Georgia;

- Copies of photographs used to secure above referenced search warrant;

- Any and all reports from the Georgia Bureau of Investigations;

- Any documents, photographs, investigative reports, notes or the like on or in any file that references Gary L. Smith;

- Any other information that may be related to Gary L. Smith and not contained in any official file, no matter how temporary or inconsequential in nature.

(See Exhibit W.)

(33)    By letter dated February 3, 2006, plaintiff submitted a second FOIA/Privacy Act

request to FBIHQ in the form of a declaration requesting the:

[P]roduction of an index containing a detail listing of all documents, tanagable [sic] objects, reports and the like within the possession of the respondant [sic]:

- Copies of any and all documents or materials taken from any of the Petitioner home(s), place(s) of business or other areas where it is claimed the Petitioner had a proprietary interest on which is any way related to the charges in this instant case at bar, by either federal or state agents and/or agencies, acting with or without a warrant.

10

- Copies of any and all warrants, orders, inventories, memorandum or any other document(s) obtained or created in connection with any and all phases of this instant case at bar.

- Any and all documents, materials, photographs, films, publications or computer data which were seized or copied pursuant to the searches and seizures conducted.

- Any results or reports of physical or mental examinations, scientific tests or experiments, or copies of them, including, but not limited to handwriting exemplars, photographs, fingerprints or other similar materials in possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known, which are in any way related to the various charges set forth in this instant case at bar, or are intended for use or have been used by the Respondant [sic] as evidence."

- "For documents, memorandums, reports and the like, include:
    - a) the identity of the document;
    - b) the type of document;
    - c) its' present location and name of the custodian;
    - d) a brief summary of its' contents, including the receipants [sic] and date of creation and delivery;
    - e) the name and address of the person who created, drafted, prepared and signed it;
    - f) the identity of all persons known to the Respondant [sic] who seen [sic] the document."

- "For photographs or films; include:
    - a) identity of the photographs or film;
    - b) the type of photograph or film;
    - c) its' present location and the name of the custodian;

11

       d) a brief description of its' depiction,
          including any known and/or identified
          persons, places or objects contained
          in the depictions;

       e) identity of all persons known to the
          Respondant [sic] who seen [sic] the
          photograph or film."

- "For computer data, include for each file:
  a) the file name;
  b) the fully qualified path (i.e. directory)
     location;
  c) creation date of the file;
  d) computer which file is located on;
  e) present location and name of the
     custodian;
  f) identity of all persons known to the
     Respondant [sic] who seen [sic]
     the file;
  g) if the file represents a digital image,
     include a brief description of its'
     depiction, including any known and/or
     identified person(s), place or objects
     contained in the depiction."

**(See Exhibit X.)**

    (34)    By letter dated March 6, 2006, plaintiff was advised that a search of the automated

indices at FBIHQ located no records responsive to plaintiff's February 3, 2006 request.  **(See**

**Exhibit Y.)**

    (35)    By letter dated March 7, 2006, plaintiff was asked to provide more sufficient

identifying information for his January 31, 2006, FOIA/Privacy Act request.  Plaintiff returned

the form with the additional information on March 12, 2006.[3] **(See Exhibit Z.)**

      (36)    By letter dated March 30, 2006, plaintiff submitted a third FOIA/Privacy Act request to FBIHQ, seeking "a detailed indexing of all records, objects and/or communications within your agency" in addition to:

- All books, papers, documents, memorandums (both official and unofficial or temporary), data (computer or otherwise), tangible objects, or copies or portions of them, that were obtained from or belonging to myself, including, but not limited to:

  - Copies of any and all documents or materials taken from any of my homes (Chicago, Illinois or Jefferson, Georgia), place(s) of business or other areas where it is claimed I had a proprietary interest on which is in any way related to myself, by either federal and/or state agents and agencies, acting with or without a warrant;

  - Copies of any and all warrants, orders, inventories, memorandum or any other document(s) obtained or created in connection with myself;

  - Any and all documents, materials, photographs, films, publications or computer data which was seized or copied;

  - Complete directory, file, e-mail and data information from any and all computers and copies of computer data which was seized or copied;

---

[3] The FBI did not specifically respond to this particular request from plaintiff to FBIHQ for records on himself, however, it did respond to plaintiff's February 3, 2006, and November 16, 2006 requests for records on himself with a no records response.

- Any results or reports of physical or mental examinations, scientific tests or experiments, or copies or them, including but not limited to handwriting exemplars, photographs, fingerprints or other similar materials in possession, custody or control of the government, the existence of which is known or by the exercise of due diligence, may become known, which are related in any way to myself."

• For documents, memorandums, reports and the like, include:

    a) the identity of the document;
    b) the type of document;
    c) its present location and name of the custodian;
    d) a brief summary of its contents, including the receiptants [sic] and the date of creation and delivery;
    e) the name and address of the person who created, drafted, prepared and signed it; and
    f) the identity of all person(s) known to your agency who seen the document [sic]."

• For photographs or films, and the like, include:

    a) the identity of the photograph or film;
    b) the type of photograph or film;
    c) its' present location and the name of the custodian;
    d) a brief description of its' depiction, including any known and/or identified person(s), places or objects;
    e) identity of all person(s) known to your agency who seen the photograph or film [sic]."

• For computer data, include for each file:

    a) the file name;
    b) the fully qualified path (i.e. directory) location;

14

c) the creation date of the file;
d) the identity of the computer the file
   is located;
e) the present location and names of the
   custodians;
f) the identity of all person(s) known to
   your agency who seen the computer data [sic]; and
g) if the file represents a digital image, include
   a brief description of its' depiction, include
   any known and/or identified person(s), place
   or object(s) contained in the depiction.[4]

**(See Exhibit AA.)**

(37)    By letter dated August 18, 2006, plaintiff appealed the FBIHQ no records

response to his February 3, 2006 FOIA/Privacy Act request to the DOJ OIP. **(See Exhibit BB.)**

(38)    By letter dated August 18, 2006, plaintiff submitted a fourth FOIA/Privacy

Act request to FBIHQ for field office addresses for: "Chicago, IL; Tampa. FL; Atlanta, GA;

Sarasota, FL; San Fransisco [sic], CA; Quantico, VA and office where Agent David Loveall

works."[5]  **(See Exhibit CC.)**

(39)    By letter dated October 10, 2006, DOJ OIP advised plaintiff that the

administrative appeal of his February 3, 2006 request was received on September 20, 2006 and

the appeal was assigned number 06-3165.  **(See Exhibit DD.)**

---

[4] The FBI did not specifically respond to this particular request from plaintiff to FBIHQ
for records on himself, however, it did respond to plaintiff's February 3, 2006, and November 16,
2006 requests for records on himself with a no records response.

[5] The FBI did not previously respond to this request, and will do so shortly.  However, as
plaintiff did successfully send requests to a number of the field offices listed, he has already
obtained much of the information that he requested through other means. The addresses for FBI
field offices are publicly available information.

15

(40)    By letter dated November 16, 2006, plaintiff submitted a FOIA/Privacy Act

request to the Forensic Audio, Video and Image Analysis Unit, Quantico, Virginia for:[6]

> • All books, papers, documents, memorandum, data (computer or otherwise) and/or the like that reference me;
>
> • Copies of any warrants, orders, inventories, investigative notes or other documents obtained or created in connection with any tanagable [sic] objects belonging to or referencing me;
>
> • Copies of all photographs (either electronic or film/paper), films, publications or computer data that was copied or seized pursuant to any search warrants or investigations involving myself;
>
> • Complete directory, file, e-mail and data information from any computer or data storage system obtained as a result of any investigation involving myself;
>
> • Results of any physical examinations pertaining to me or any other tanagable [sic] object belonging to me or involved in any investigation involving myself; and
>
> • Any inter- or intra- departmental/agency communications, temporary documents or e-mails or any other communications and/or documents referencing me.

**(See Exhibit EE.)**

(41)    By letter dated December 13, 2006, FBIHQ acknowledged receipt of plaintiff's

November 16, 2006 FOIA/Privacy Act request. **(See Exhibit FF.)**

(42)    By letter dated January 29, 2007, DOJ OIP affirmed the FBI's action on his

February 3, 2006 request, and stated that if plaintiff was dissatisfied with this action, he may seek

judicial review in accordance with 5 U.S.C. § 552(a)(4)(B). **(See Exhibit GG.)**

(43)    By letter dated July 11, 2007, the FBI responded to plaintiff's requests sent to

---

[6] A request to Quantico is considered to be a request to FBIHQ.

KCFO, SCFO, LAFO, Quantico, and ATFO, stating that responsive records were located in the

KCFO[7] and that these records were exempt from disclosure pursuant to Title 5, U.S.C. § Section

552, subsection (b)(7)(A).  Plaintiff was advised he could appeal his denial by writing the DOJ

OIP within sixty days.  (<u>See</u> **Exhibit H.**)

## <u>LAFO</u>

(44)    By letter dated November 3, 2006, plaintiff submitted a FOIA/Privacy Act request

addressed to the LAFO for:

> • "All books, papers, documents, memorandum, data (computer
> or otherwise and/or the like that reference me;
>
> • Copies of any warrants, orders, inventories, investigative notes
> or other documents obtained or created in connection with any
> tanagable **[sic]** objects belonging to or referencing me;
>
> • Copies of all photographs (either electronic or film/paper), films,
> publications or computer data that was copied or seized pursuant to
> any search warrants or investigations involving myself;
>
> • Complete directory, file, e-mail and data information from any
> computer or data storage system obtained as a result of any
> investigation involving myself;
>
> • Results of any physical examinations pertaining to me or any
> other tanagable **[sic]** object belonging to me or involved in any
> investigation involving myself;
>
> • Any inter- or intra- departmental/agency communications,
> temporary documents or e-mails or any other communications
> and/or documents referencing me.

(<u>See</u> **Exhibit HH.**)

---

[7] Additional responsive records were later located at the ATFO.  No responsive records
were located in the FBIHQ, LAFO, SIFO, SCFO, and TPFO.

(45)    By letter dated December 26, 2006, plaintiff submitted a letter to DOJ OIP appealing the lack of response from LAFO and SCFO.  **(See Exhibit II.)**

(46)    By letter dated February 7, 2007, DOJ OIP advised plaintiff that his appeal for failure to access records from LAFO and SCFO had been received and assigned appeal #07-0489 and also stated, "Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006). As no adverse determination has yet been made, there is no action for this Office to consider on appeal." **(See Exhibit JJ.)**

(47)    By letter dated May 9, 2007, FBIHQ advised plaintiff of the status of his pending FOIA/Privacy Act request to the LAFO  **(See Exhibit KK.)**

(48)    By letter dated July 11, 2007, the FBI responded to plaintiff's requests sent to KCFO, SCFO, LAFO, Quantico, and ATFO, stating that responsive records were located in the KCFO[8] and that these records were exempt from disclosure pursuant to 5 U.S.C. § 552(b)(7)(A). Plaintiff was advised he could appeal his denial by writing the DOJ OIP within sixty days. **(See Exhibit H.)**

## SCFO

(49)    By letter dated November 6, 2006, plaintiff submitted a FOIA/Privacy Act request to the SCFO for:

> - "All books, papers, documents, memorandum, data (computer or otherwise and/or the like that reference me;

---

[8] Additional responsive records were later located at the ATFO.  No responsive records were located in the FBIHQ, LAFO, SIFO, SCFO, and TPFO.

18

- Copies of any warrants, orders, inventories, investigative notes or other documents obtained or created in connection with any tanagable [sic] objects belonging to or referencing me;

- Copies of all photographs (either electronic or film/paper), films publications or computer data storage system obtained as a result of any investigation involving myself;

- Complete directory, file, e-mail and data information from any computer or data storage system obtained as a result of any investigation involving myself;

- Results of any physical examinations pertaining to me or any other tanagable [sic] object belonging to me or involved in any investigation involving myself; and

- Any inter- or intra- departmental/agency communications, temporary documents or e-mails or any other communications and/or documents referencing me."

**(See Exhibit LL.)**

(50)    By letter dated December 15, 2006, FBIHQ acknowledged receipt of plaintiff's

SCFO FOIA/Privacy Act request. **(See Exhibit MM.)**

(51)    By letter dated December 26, 2006, plaintiff submitted a letter to DOJ OIP

appealing the lack of response from SCFO. **(See Exhibit II.)**

(52)    By letter dated February 7, 2007, DOJ OIP advised plaintiff his that appeal for the

failure to access records from SCFO had been received and assigned appeal #07-0490 and also

stated, "Department of Justice regulations provide for an administrative appeal only after there

has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006). As no adverse

determination has yet been made, there is no action for this Office to consider on appeal." **(See**

**Exhibit JJ.)**

(53)    By letter dated July 11, 2007, the FBI responded to plaintiff's requests sent to

KCFO, SCFO, LAFO, Quantico, and ATFO, stating that responsive records were located in the

KCFO[9] and that these records were exempt from disclosure pursuant to Title 5, U.S.C. § Section

552, subsection (b)(7)(A). Plaintiff was advised he could appeal his denial by writing the DOJ

OIP within sixty days. (**See Exhibit H.**)

## SIFO

(54)    By letter dated November 6, 2006, plaintiff submitted a FOIA/Privacy Act request

to the SIFO asking that it be forwarded if SIFO did not service Chicago. Plaintiff requested:

> • All books, papers, documents, memorandum, data (computer or otherwise and/or the like that reference me;
>
> • Copies of any warrants, orders, inventories, investigative notes or other documents obtained or created in connection with any tanagable [**sic**] objects belonging to or referencing me;
>
> • Copies of all photographs (either electronic or film/paper), films, publications or computer data that was copied or seized pursuant to any search warrants or investigations involving myself;
>
> • Complete directory, file, e-mail and data information from any computer or data storage system obtained as a result of any investigation involving myself;
>
> • Results of any physical examinations pertaining to me or any other tanagable [**sic**] object belonging to me or involved in any investigation involving myself;
>
> • Any inter- or intra- departmental/agency communications, temporary documents or e-mails or any other communications and/or documents referencing me.

(**See Exhibit NN.**)

--------------------------------

[9] Additional responsive records were later located at the ATFO. No responsive records were located in the FBIHQ, LAFO, SIFO, SCFO, and TPFO.

(55)    By letter dated November 13, 2006, SIFO acknowledged receipt of plaintiff's

FOIA/Privacy Act request and advised that it was sent to FBIHQ for processing.  **(See Exhibit**

**OO.)**[10]

## TPFO

(56)    By letter dated November 6, 2006, plaintiff submitted a FOIA/Privacy Act request

to the TPFO for:

> • All books, papers, documents, memorandum, data (computer or
> otherwise and/or the like that reference me;
>
> • Copies of any warrants, orders, inventories, investigative notes
> or other documents obtained or created in connection with any
> tanagable [sic] objects belonging to or referencing me;
>
> • Copies of all photographs (either electronic or film/paper), films,
> publications or computer data that was copied or seized pursuant to
> any search warrants or investigations involving myself;
>
> • Complete directory, file, e-mail and data information from any
> computer or data storage system obtained as a result of any
> investigation involving myself;
>
> • Results of any physical examinations pertaining to me or any other
> tanagable [sic] object belonging to me or involved in any investigation
> involving myself and;
>
> • Any inter- or intra- departmental/agency communications, temporary
> documents or e-mails or any other communications and/or documents
> referencing me.

**(See Exhibit PP.)**

---

[10] The FBI did not previously respond to this request, and will do so shortly.  The FBI has
conducted a search and found that there are no records responsive to plaintiff's request to the
SIFO.

(57)    By letter dated December 18, 2006, FBIHQ advised plaintiff that his

FOIA/Privacy Act request to TPFO had been forwarded to FBIHQ and that the FBI had searched

the TPFO indices of the CRS and located no records responsive to his request.  Plaintiff was

advised that he could appeal by writing the DOJ OIP within sixty (60) days. **(See Exhibit SS.)**[11]

## COMPLAINT

(58)    On July 21, 2007, plaintiff filed a complaint in the U.S. District Court for the

District of Columbia, requesting a release of records responsive to his various FOIA/Privacy Act

requests.

## STATUS OF PLAINTIFF'S REQUEST

(59)    FBIHQ has completed the processing of records responsive to plaintiff's

FOIA/Privacy Act requests and released all reasonably segregable portions.[12]  To date, plaintiff

has failed to make payment in the amount of $68.60 for duplication fees.

## CONCLUSION

(60)    The FBI has not received payment of the fees assessed for the release of records,

released to him on May 21, 2008.  Therefore, plaintiff has failed to exhaust administrative

remedies.

---

[11] The FBI has contacted DOJ OIP in order to determine if they received an administrative appeal of the FBI's December 18, 2006 no records response to plaintiff's request to the TPFO. The FBI is awaiting DOJ OIP's response.

[12] See 3rd Hardy Declaration dated May 30, 2008, ¶¶ 8-11.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
and correct.

Executed this ___14th___ day of July, 2008.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-01183 |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT A

12- Sept· 06                                        page 1 of 3

FBI Field Office
attn: FOIA/PA Request
1300 Summit
Kansas City, Missouri 64105-1367

RE: FOIA/PA Request

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and
Title 5 U.S.C. § 552a, the Privacy Act, I am requesting disclosure and
copies the following that reference myself. I declare under the
penalty of perjury of the laws of the United States that: I am
Gary L. Smith, born on ██████████████ in Bethlehem, Pennsylvania;
I am a Citizen of Florida; my Social Security number is
████████████    I make this declaration in lieu of my notarized
signature, pursuant to Title 28 U.S.C. § 1746.

I am requesting disclosure of:
- All books, papers, documents, memorandums, data
  (computer or otherwise) and/or the like that
  reference myself;
- Copies of any or all warrants, orders, inventories, memo-
  randum or other documents obtained or created in
  connection with any tangible objects belonging at one
  time to myself;
- Copies of any or all photographs (either electronic or paper)
  films, publications or computer data that were copied
  or seized pursuant to any search warrants involving myself;

FBI KCMO - FoIA
12 · Sept · 06

page 2 of 3

- Complete directory, file, e-mail and data information from any and all computers and copies of computer data which was obtained from myself or my property;

- Results of any physical or mental examinations, scientific tests or experiments, or copies of them, including, but not limited to, handwriting exemplars, photographs, fingerprints, or other similar materials of myself or my property; and

- Any inter- or intra- department/agency communications, temporary documents, e-mails or any other communications and/or documents, whether or not included in my permanent file/record.

* Pursuant to Title 5 U.S.C § 552 (b), I am requesting full disclosure and that any part that cannot be disclosed, I am requesting any reasonable, segregable portions be provided after redaction of exempt portions. Any redactions shall be indicated on the released portions and the amount of information redacted shall be indicated at the place where redaction has occured.

You may respond to me at:  Gary L. Smith
                           #52962-019
                           P.O. Box 150160
                           Atlanta Georgia 30315

Pursuant to Title 5 U.S.C § 552 (a)(6)(A)(i), I am expecting

FBI KCMO — FOIA
12-Sept-06                                                        page 3 of 3

a reply within twenty (20) days, excluding Saturdays
Sundays and legal public holidays upon receipt of
this request.


Sincerely


Gary L Smith




cc: file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        Civil Action No. 1:07-CV-01183
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT B

17-Oct-06                                                              page 1 of 2

Co-Director, Office of Information and Privacy
United States Department of Justice
Flag Building
Suite 570
Washington, DC 20530

RE: FOIA/PA Appeal from 12-Sept-06

Dear Sirs:

On 12-Sept-06, I filed a Freedom of Information Request to the
Field Office of the FBI in Kansas City, Missouri (see enclosed
copy).

As of this date, there has been no response. Pursuant to Title 5
U.S.C. § 552 (a)(6)(c)(i), it has been deemed exhausted. There has
been no exceptional circumstances to warrant any delay. I have deemed
the lack of response as a denial of my request and therefore I am
promptly filing this appeal.

In accordance with Title 5 U.S.C. § 552 (a)(6)(A)(ii), I am expecting
a response within twenty (20) days, excluding Saturdays, Sundays and
legal public holidays, from the receipt of this appeal.

Pursuant to Title 5 U.S.C. § 552 (a)(6)(E)(i), I am requesting an
expedited processing of this request because if these records are denied
I will suffer a substantial loss of due process. I am involved in a
Habeas Corpus appeal, for which there is no discovery available.

DOJ Appeal – FOIA
17 - Oct - 06

page 2 of 2

You may respond to me at: Gary L Smith
52962 - 019
P.O. Box 150160
Atlanta, Georgia 30315

When responding, reference FOIA-FBIKC-061013 in any future
correspondence with me.

Thank you for your prompt attention to this matter.

Sincerely

Gary L. Smith

I certify under penalty of perjury under the laws of the United States,
that the foregoing is true and correct.

by: _____
Gary L Smith

CERTIFIED MAIL: __7006 0810 0002 1918 9291__

cc: File

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
                v.                      )    Civil Action No. 1:07-CV-01183
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT C



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

November 9, 2006

MR GARY L SMITH
**52962-019
POST OFFICE BOX 150160
ATLANTA, GA 30315

Request No.: 1062405- 000
Subject: SMITH, GARY L

Dear Requester:

☒  This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the Kansas City Field Office which was forwarded to FBI Headquarters. The FOIPA number listed above has been assigned to your request.

☐  For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐  To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐  If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒  We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐  Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                        )
                                      )
        Plaintiff,                    )
                                      )
                                      )    Civil Action No. 1:07-CV-01183
        v.                            )
                                      )
FEDERAL BUREAU OF INVESTIGATION,      )
                                      )
        Defendant.                    )
                                      )

# EXHIBIT D

24-Nov-06

certified mail

7006 0810 0002 1918 8690

Federal Bureau of Investigation
RID Section
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

RE: FOIA/PA Request No: 1062405-000

Dear Sirs:

    I am in receipt of your November 9, 2006 letter. Your response is UNTIMELY.

    Pursuant to Title 5 U.S.C. §§552(a)(6)(E)(iii) and 552(a)(6)(C)(i), I have deemed this FOIA request as EXHAUSTED due to your lack of response in a timely fasion. Consequently, I have already filed suit in the Western District of Missouri.

Sincerely,

Gary L. Smith

cc: file
    U.S. Attorney's Office, KCMO
    U.S. District Court, W.D. MO

# CERTIFICATE OF SERVICE

I, Gary L. Smith, hereby certify that a true and correct copy of the following:
- Letter to FBI / RID Section
- Letter from FBI (9-Nov-06)

via First Class, Postage Pre-Paid mail using the United States Postal Service and was mailed on this 24 day of November, 2006 and addressed to the following parties:

United States District Court
attn: Clerk of the Court
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, Missouri 64106


United States Attorney's Office
Charles Evans Whittaker Courthouse
400 E Ninth Street
Kansas City, Missouri 64106

Federal Bureau of Investigation          certified mail
RID Section                              7006 0810 0002 1918 8690
935 Pennsylvania Avenue, NW
Washington DC 20535-0001

Executed on: 24-Nov-06          by: _____
                                     Gary L. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
                                        )   Civil Action No. 1:07-CV-01183
            v.                          )
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT E

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**DEC 1 1 2006**

Mr. Gary L. Smith                              Re:    Appeal No. 07-0171
Register No. 52962-019                                Request No. 1062405
United States Penitentiary                            JTR:CIH
Post Office Box 150160
Atlanta, GA 30315

Dear Mr. Smith:

        You attempted to appeal from the failure of the Kansas City Field Office of the Federal
Bureau of Investigation to respond to your request for access to records.

        Department of Justice regulations provide for an administrative appeal only after there
has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006). As no adverse
determination has yet been made, there is no action for this Office to consider on appeal. In
particular, the Freedom of Information Act itself contemplates judicial review, rather than an
administrative appeal, when an agency has failed to respond to a request within the statutory time
limits. See 5 U.S.C. § 552(a)(6)(C)(i).

        I have forwarded your letter to the FBI. You may also wish to contact it directly and
inquire about the status of your request. You may appeal any future adverse determination made
by the FBI.

                                        Sincerely,

                                        Daniel J. Metcalfe
                                        Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Action No. 1:07-CV-01183 |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT F

4-Jan-07

Federal Bureau of Investigation
attn: FOIA/PA
935 Pennsylvania Avenue, NW
Washington, DC. 20535-0001

RE: Request No: 1062406-000

Dear Mr. Hardy:
    I received your 9-May-07 letter on 29-May-07. Please
note my current address:
        Gary L Smith
        # 52962-019
        P.O. Box 1034
        Coleman, Florida 33521-1034

    Please send me a brief syopsis of my request.

Sincerely

Gary L Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                              )
                                            )
        Plaintiff,                          )
                                            )
            v.                              )    Civil Action No. 1:07-CV-01183
                                            )
FEDERAL BUREAU OF INVESTIGATION,            )
                                            )
        Defendant.                          )
                                            )

# EXHIBIT G



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*
May 09, 2007

MR GARY L SMITH
**52962-019
POST OFFICE BOX 150160
ATLANTA, GA 30315

Request No:  1062405-000
Subject:  SMITH, GARY L

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently the FBI is searching for, retrieving, scanning, and evaluating files that may be responsive to your request. Many factors may contribute to the time required to process your request; however, the greatest single factor is the number of documents associated with your request.

Once your files have been evaluated as potentially responsive, your request will be forwarded to the "perfected backlog", where your request will wait for assignment to an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
                v.                      )    Civil Action No. 1:07-CV-01183
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT H



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 11, 2007

MR GARY L SMITH
**52962-019
POST OFFICE BOX 1034
COLEMAN, FL 33521-1034

Request No.: 1062405- 000
Subject: SMITH, GARY L

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) requests submitted to our Kansas City, Sacramento, Los Angeles, Quantico and Atlanta Field Offices for information pertaining to yourself.

The material you requested is located in a Kansas City Field Office file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A). For an explanation of this exemption see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C., 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )    Civil Action No. 1:07-CV-01183
        v.                              )
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT I



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR GARY L SMITH                                            March 17, 2008
**52962-019
POST OFFICE BOX 34550
MEMPHIS, TN 38184 0550

Request No.:  1062405- 001
Subject: SMITH, GARY L

Dear Mr. Smith:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to yourself.

The material you requested is located in investigative files which are exempt from disclosure pursuant to Title 5, United States Code, Section 552a, subsection (j)(2) and Section 552, subsection (b)(7)(A).  In addition, exemptions (b)(2), (b)(3), (b)(4), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) apply.  For an explanation of these exemptions see enclosed Form OPCA-16a.

The underlying statute which authorizes the use of subsection (b)(3) is Rule 6(e) of the Federal Rules of Criminal Procedure.

The investigative files have also been reviewed for public source documents.  Enclosed are the public source documents as a result of this review.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosures (2)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 1:07-CV-01183 |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT J

U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR GARY L SMITH                                        April 8, 2008
**52962-019
POST OFFICE BOX 90043
PETERSBURG, VA 23804

Request No.: 1062405- 001
Subject: SMITH, GARY L

Dear Mr. Smith:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to yourself.

The material you requested is located in investigative files which are exempt from disclosure pursuant to Title 5, United States Code, Section 552a, subsection (j)(2) and Section 552, subsection (b)(7)(A). In addition, exemptions (b)(2), (b)(3), (b)(4), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) apply. For an explanation of these exemptions see enclosed Form OPCA-16a.

The underlying statute which authorizes the use of subsection (b)(3) is Rule 6(e) of the Federal Rules of Criminal Procedure.

The investigative files have been reviewed for public source documents. Enclosed are the public source documents as a result of this review.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )        Civil Action No. 1:07-CV-01183
            v.                          )
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT K



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR. GARY L SMITH
**52962-019
POST OFFICE BOX 90043
PETERSBURG, VA 23804

May 21, 2008

Request No.: 1062405-001
Subject: SMITH, GARY L

Dear Mr. Smith:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely.

The material you requested is located in investigative files which are exempt from disclosure pursuant to Title 5, United States Code, Section 552a, subsection (j)(2). In addition, exemptions (b)(2), (b)(3), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) apply. For an explanation of these exemptions see enclosed Form OPCA-16a.

The underlying statute which authorizes the use of subsection (b)(3) is Rule 6(e) of the Federal Rules of Criminal Procedure.

FBI reviewed 1,193 pages and 1,026 pages are being released.

Pursuant to Title 28, Code of Federal Regulations, Section 16.11 and 16.49, there is a fee of ten cents per page for duplication of the enclosed documents. No fees are assessed for the first 100 pages. Please submit your check or money order in the amount of $92.60 payable to the Federal Bureau of Investigation. To insure proper identification of your request, please return this letter or include the FOIPA request number with your payment.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure (2)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-01183 |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT L



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

Mr. Gary L Smith
**52962-019
Post Office Box 90043
Petersburg, Va. 23804

July 9, 2008

Request No.: 1062405 -001
Subject: Smith, Gary L

Dear Mr. Smith:

Reference is made to the release of FBI documents by letter dated May 21, 2008.

This is to advise you that the fee for documents released to you on May 21, 2008 was incorrect. It has been determined that duplication fees should not have been assessed for the 219 pages withheld in full, the 18 pages referred to other agencies for direct response to you, and the three pages withheld in full because they are duplicative of other records responsive to your requests. As a result, the previously stated duplication fee of $92.60 has been reduced to $68.60.

Please remit your check or money order in the amount of $68.60 payable to the Federal Bureau of Investigation. To insure proper identification of your request, please return this letter or include the FOIPA request number with your payment. If you fail to pay the duplication fees within 60 days from the date of the May 21, 2008 letter we will consider this request resolved and will close it administratively. If you have already remitted a check or money order, a refund will be made to you.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
                                        )    Civil Action No. 1:07-CV-01183
        v.                              )
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT M

22-August-06

page 1 of 3

Federal Bureau of Investigation
2635 Century Parkway, NE
Suite 400
Atlanta, Georgia 30045

Re: Freedom of Information Request

CERTIFIED MAIL: ___ 7006 0810 0002 1920 1986

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and
Title 5 U.S.C. § 552a, the Privacy Act, I am requesting disclosure
and copies of the following information:

① All documents regarding seizure number 3040-02-F-0133,
  including but not limited to:
    a) Inventory Lists; and
    b) Location of items.
② Investigative notes, documents, memorandums (official or
  unofficial, no matter if permanent or temporary in nature),
  data, e-mails (inter- or intra-departmental) and/or any
  other information that references myself.
③ Any adverse action or disciplinary reports on Agent
  Cameron Roe.
④ Copies of all data (including but not limited to) — all files,
  e-mails and/or other data from my seized computer equipment.

This request is directed to your field office pursuant to David M.

FBI-Atlanta / FOIA
22-Aug-06
                                                    page 2 of 3

Hardy, Section Chief, response to my FOIA request no.
1039550.

I declare under penalty of perjury under the laws of the United
States of America that I am:
        Gary L. Smith
        DOB: ████████████  in Bethlehem, Pennsylvania

My current address is: Gary L. Smith
                        #52962-019
                        P.O. Box 150160
                        Atlanta, Georgia   30315

This declaration is made in lieu of my notarized signature,
pursuant to Title 28 U.S.C. § 1746.

I request this information for non-commercial purposes. Pursuant
to Title 5 U.S.C. § 552(a)(4)(A)(iii), I am requesting a waiver
of any and all fees associated with this request because:
    1) Disclosure is in the public's interest and is likely to
    contribute significantly to the public understanding of
    the operations of the government; and
    2) This information is discoverable under Habeas Corpus proceeding
    (refer to: 05-05057, W.D. of MO - Smith v USA) under
    rules of discovery. Because my need to demonstrate my
    illegal confinement greatly outweighs any governmental
    interest in non-disclosure. See Rice v Black 112 F3d 620.

FBI-Atlanta/FOIA

Page 3 of 3

If any part of this request cannot be disclosed, I am requesting pursuant to Title 5 U.S.C. § 552(b), that any reasonable, segregable portions be provided after redaction of exempt portions. Any redactions shall be indicated on the released portions and the amount of information shall be indicated at the place where redaction has occured.

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), I am expecting a reply within twenty (20) days (excluding Saturdays, Sundays and legal public holidays) upon receipt of this request.

You may respond to this request to me at:

    Gary L. Smith
    # 52962-019
    P.O. Box 150160
    Atlanta, Georgia  30315

Sincerely

Gary L. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                              )
                                            )
        Plaintiff,                          )
                                            )
            v.                              )    Civil Action No. 1:07-CV-01183
                                            )
FEDERAL BUREAU OF INVESTIGATION,            )
                                            )
        Defendant.                          )
                                            )

# EXHIBIT N



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

P.O. Box 98128
Atlanta, Georgia 30359-1828
August 23, 2006

Gary L. Smith
Reg. No. 52962-019
P.O. Box 150160
Atlanta, GA  30315

RE: FOIPA number: 1039550

Dear Mr. Smith:

     This is in reference to your recent letter dated August 22, 2006 which was received in the Atlanta office of the Federal Bureau of Investigation (FBI) on August 23, 2006 regarding your previous Freedom of Information and Privacy Acts (FOIPA) request which FBI Headquarters (FBIHQ) has assigned the following FOIPA number: 1039550.

     Be advised, we have forwarded your recent letter to FBIHQ, Record/Information Dissemination Section (RIDS).  All future correspondence regarding your FOIPA request, number 1039550, should be directed to FBI Headquarters, RIDS, 935 Pennsylvania Avenue, N.W., Washington, D.C.  20535-0001.

     Sincerely,

     GREGORY JONES
     Special Agent in Charge

     By:
     MOLLIE JOHNSON HALLE
     Chief Division Counsel

1 - Addressee
1 - Atlanta (AT 190-0)
X - FBIHQ, FOIPA Section
AB:ab
(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )        Civil Action No. 1:07-CV-01183
        v.                              )
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT O

12 Sept-06

Page 1 of

FBI Headquarters
RIDS
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

RE: FOIA Request dated August 23, 2006, Atlanta,
    (incorrectly numbered)

Dear Sirs:

On August 22, 2006, I submitted a NEW FOIA request,
as per your instructions on August 4, 2006, to the
Atlanta Field Office. They have set forth nothing.
Therefore, I am appealing their issue to your office.

It appears to me that the FBI HQ and Field Offices
are playing a circular game. I need a remind you
that there is pending litigation (Smith v. FBI, 1:06cv...
and that I shall retain a copy of the RIDS appeal.

Pursuant to Title 5 U.S.C. § 552, I am requesting an
appeal of the Atlanta FBI's Time Delay decision.

You have twenty (20) days, excluding weekends
public holidays, after receipt of this appeal to respond
to my request.

FBI HQ /ffce
12- Sept-06                                          page 2 of 2

You may respond to me at:  Gary L. Smith
                           *52563-019
                           P.O. Box 150160
                           Atlanta, Georgia 30315

Thank you for your prompt attention to this matter,

Sincerely,



Gary L. Smith



cc: file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,

    Plaintiff,

        v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:07-CV-01183

# EXHIBIT P

19-Sept-06                                                   page 1 of 1

FBI Field Office
attn: FOIA/PA Request
2635 Century Parkway, NE
Suite 400
Atlanta Georgia 30045

RE: FOIA/PA Request

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and
Title 5 U.S.C. § 552a, the Privacy Act, I am requesting disclosure and copies
of the following information. I declare under the penalty of perjury of the
laws of the United States that: I am Gary L. Smith, ▓▓▓▓▓▓▓▓▓
in Bethlehem, Pennsylvania; I am a Citizen of Florida; and my
Social Security Number is ▓▓▓▓▓▓▓ I make this declaration view
of my notarized signature, pursuant to Title 28 U.S.C. § 1746.

I am requesting disclosure of the following:
  • All FOIA/PA requests and responses made by myself
    to this Field office of the FBI from January 1, 2002
    to present; and
  • Addresses for the following FBI Field offices:
    – Quantico, Virginia;          – St. Louis, Missouri
    – Kansas City, Missouri;       – Fort Myers, Floridia
    – Chicago, Illinois;
    – Las Vegas, Nevada;
    – San Fransisco, California
    – Los Angeles, California

FBI Atlanta - FOIA                                    Page 2 of 2
19-Sept-06

Pursuant to Title 5 U.S.C. § 552(b), I am requesting full disclosure and
that any part that cannot be disclosed, I am requesting any reasonable
segregable portions be provided after redaction of exempt portions.
Any redactions shall be indicated on the released portions and the
amount of information redacted shall be indicated at the place where
redaction has occured.

You may respond to me at:  Gary L. Smith
                           #52962-019
                           P.O. Box 150160
                           Atlanta, Georgia 30315

Pursuant to Title 5 U.S.C. 3 552(a)(6)(A)(i), I am expecting a
reply within twenty (20) days, excluding Saturdays, Sundays and
legal public holidays, upon receipt of this request.

Sincerely,

Gary L. Smith

cc: file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-01183 |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT Q



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

P.O. Box 98128
Atlanta, Georgia 30359-1828
September 21, 2006

Gary L. Smith
Reg. No. 52962-019
P.O. Box 150160
Atlanta, GA 30315

Dear Mr. Smith:

　　　This is in reference to your Freedom of Information and Privacy Acts (FOIPA) request dated September 19, 2006 which was received in the Atlanta office of the Federal Bureau of Investigation (FBI) on September 21, 2006.

　　　We have referred your request to FBI Headquarters (FBIHQ) for processing. The Record/Information Dissemination Section (RIDS) at FBIHQ will maintain your request in the order it was received and will assign it for processing and response in turn. In addition, RIDS will assign your request a FOIPA number and advise you of that number as soon as possible. All future correspondence regarding your FOIPA request should be directed to FBI Headquarters, RIDS, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535-0001.

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　GREGORY JONES
　　　　　　　　　　　　　　Special Agent in Charge


　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　MOLLIE JOHNSON HALLE
　　　　　　　　　　　　　　Chief Division Counsel


1 - Addressee
1 - Atlanta (AT 190-0)
✓ - FBIHQ, FOIPA Section
AB:ab
(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-01183 |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT R

9-Oct-06                                              page 1 of _

Federal Bureau of Investigation
attn: FOIA/PA Request
2635 Century Parkway, NE
Suite 400
Atlanta, Georgia 30045


Dear Sirs:
        (NOTE: This is a NEW request)
Pursuant to Title 5. U.S.C. § 552, the Freedom of Information Act, and
Title 5 U.S.C. §552a, the Privacy Act, I am requesting disclosure and
copies of the following that reference myself.

I declare under the penalty of perjury of the laws of the United States,
that I am Gary L. Smith, born on ▮▮▮▮▮▮▮▮ in Bethlehem,
Pennsylvania. I am a citizen of Floridia. My Social Security
number is ▮▮▮▮▮▮▮. I make this declaration in lieu of my
noterized signature, pursuant to Title 28 USC § 1746.

I am requesting disclosure of:
   • All books, papers, documents, memorandum, data (computer or
     otherwise) and/or the like that references myself;
   • Copies of any and all warrants, orders, inventories, memorandum
     or other documents obtained or created in connection with
     any tanagable objects belonging at one time to myself;
   • Copies of any photographs (either electronic or paper/film),
     films, publications or computer data that were copied
     or seized pursuant to any search warrant involving either
     myself or my property;

FBI Atlanta- FOIA                                             page 2 of 3
9- Oct- 06

- Complete directory, file, e-mail and data/information from all computers and copies of computer data which was obtained from myself or my property;
- Results of any physical or mental examinations, scientific tests or experiments, or copies of them, including, but not limited to, handwriting exemplars, photographs, fingerprints or other similar materials of myself or my property; and
- Any inter- or intra- department and/or agency communications, temporary documents, e-mails or any other communications and/or documents, whether or not included in any permanent file/record, that references either me or my property.

Pursuant to Title 5 U.S.C. § 552(b) and Rice v Block (112 FRD 620), I am requesting FULL DISCLOSURE and that any part that cannot be disclosed, I am requesting any reasonable, segregable portions be provided after redaction of exempt portions. Any redactions shall be indicated on the released portions and the amount of information redacted shall be indicated at the place where redaction has occured.

You may respond to me at: Gary L Smith
                          # 52962-019
                          P.O. Box 150160
                          Atlanta, Georgia 30315

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), I am expecting a reply within twenty (20) days, excluding

FBI Atlanta - FOIA                                           page 3 of 3
9 - Oct · 06

    Saturdays, Sundays and legal public holidays upon receipt of
this request.

    I declare under the penalty of perjury that all of the foregoing
information is true and correct, pursuant to Title 28 U.S.C.
§ 1746.

executed on: 9 - Oct · 06    by:
                   Gary L. Smith
                   #52962-019
                   P.O. Box 150160
                   Atlanta, Georgia 30315

Certified Mail:     7006 0810 0002 1918 8508

cc: file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                    )
                                  )
        Plaintiff,                )
                                  )
            v.                    )        Civil Action No. 1:07-CV-01183
                                  )
FEDERAL BUREAU OF INVESTIGATION,  )
                                  )
        Defendant.                )
                                  )

# EXHIBIT S



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 10, 2006

MR. GARY L. SMITH
**52962-019
POST OFFICE BOX 150160
ATLANTA, GA 30315

Request No.: 1060084- 000
Subject: SMITH, GARY L

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject, which was forwarded from our Atlanta Field Office.

The material you requested is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A). For an explanation of this exemption see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C., 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:07-CV-01183 |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT T



U.S. Department of Justice

Federal Bureau of Investigation

---

In Reply, Please Refer to
File No.

P.O. Box 98128
Atlanta, Georgia 30359-1828
October 18, 2006

Gary L. Smith
Reg. No. 52962-019
P.O. Box 150160
Atlanta, GA  30315

Dear Mr. Smith:

        This is in reference to your Freedom of Information and
Privacy Acts (FOIPA) request dated October 9, 2006 which was
received in the Atlanta office of the Federal Bureau of
Investigation (FBI) on October 18, 2006.

        We have referred your request to FBI Headquarters
(FBIHQ) for processing.  The Record/Information Dissemination
Section (RIDS) at FBIHQ will maintain your request in the order
it was received and will assign it for processing and response in
turn.  In addition, RIDS will assign your request a FOIPA number
and advise you of that number as soon as possible.  All future
correspondence regarding your FOIPA request should be directed to
FBI Headquarters, RIDS, 935 Pennsylvania Avenue, N.W.,
Washington, D.C.  20535-0001.

                              Sincerely,

                              GREGORY JONES
                              Special Agent in Charge

                              By:
                              MOLLIE JOHNSON HALLE
                              Chief Division Counsel

1 - Addressee
1 - Atlanta (AT 190-0)
1 - FBIHQ, FOIPA Section
AB:ab
 (3)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
                v.                      )      Civil Action No. 1:07-CV-01183
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT U

11 - Jun - 07

FBI Field Office
attn: FOIA/PA Request
2635 Century Parkway, NE
Suite 400
Atlanta, Georgia  30045

certified mail
    7005 3110 0003 8092 7608

RE: FOIA/PA Request

Dear Counsel:

Pursuant to Title 5 U.S.C. §552, the Freedom of Information Act and Title 5
U.S.C. § 552a, the Privacy Act, I am requesting disclosure and copies of the
following:

- All computer data seized from my residence on April 18,
2002 at 4417 Waterworks Road, Jefferson Georgia on
CD-ROMs.  This shall include all computers, hard
disk drives, PDA's, floppy disks and any other electronic
media. (Note: Place data on CD-ROM - Not paper)

I declare under the penalty of perjury of the laws of the United States,
I am Gary L Smith, born ▮▮▮▮▮▮▮▮ in Bethlehem, Pennsylvania. I
am a citizen of Florida. My Social Security number is ▮▮▮▮▮▮▮▮
I make this declaration in lieu of my noterized signature, pursuant
to Title 28 USC § 1746.

FBI- AH - FOIA
11-Jun-07

You may respond to me at:    Gary L Smith
                             52962-019
                             P.O. Box 1034
                             Coleman, Florida 33521-1034

Pursuant to Title 5 USC § 552 (a)(6)(A)(i), I am expecting a reply within twenty (20) days, exempting Saturdays, Sundays and legal public holidays, upon receipt of this request.

I declare under the penalty of perjury under the laws of the United States that all of the foregoing information is true, correct and complete, pursuant to Title 28 USC § 1746.

executed on: 11-Jun-07        by: _____

                                  Gary L Smith
                                  52962-019
                                  PO Box 1034
                                  Coleman, Florida 33521-1034

certified mail: 7005 3110 0003 8092 7608

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                         )
                                       )
        Plaintiff,                     )
                                       )
                                       )    Civil Action No. 1:07-CV-01183
              v.                       )
                                       )
FEDERAL BUREAU OF INVESTIGATION,       )
                                       )
        Defendant.                     )
                                       )

# EXHIBIT V



**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No.

P.O. Box 98128
Atlanta, Georgia 30359-1828
June 14, 2007

Mr. Gary L. Smith 56292-019
52962-019
P.O. Box 1035
Coleman, AL 33521

Dear Mr. Smith:

This is in reference to your letter dated June 11, 2007, which was received at the Atlanta office of the Federal Bureau of Investigation (FBI) on June 14, 2007. In your letter, you request information on computer data seized from your residence in 2002 during a search pursuant to the Freedom of Information and Privacy Acts (FOIPA).

We have referred your request to FBI Headquarters (FBIHQ) for processing as all FOIPA requests are handled by our Headquarters. The Record/Information Dissemination Section (RIDS) at FBIHQ will maintain your request in the order it was received and will assign it for processing and response in turn. In addition, RIDS will assign your request a FOIPA number and advise you of that number as soon as possible. When FBIHQ notifies you of your request number please advise them of your correct inmate number as your letter and envelope contained inconsistent numbers. I have addressed this letter using both in the addressee line.

All future correspondence regarding your FOIPA request should be directed to FBI Headquarters, RIDS, 935 Pennsylvania Avenue NW, Washington, D.C. 20535-0001.

Sincerely,

GREGORY JONES
Special Agent in Charge

By:
MOLLIE JOHNSON HALLE
Chief Division Counsel

1 - Addressee
1 - FBIHQ, FOIPA Section
1 - Atlanta (AT 190-0)
MJH:mjh

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                              )
                                            )
        Plaintiff,                          )
                                            )
              v.                            )    Civil Action No. 1:07-CV-01183
                                            )
FEDERAL BUREAU OF INVESTIGATION,            )
                                            )
        Defendant.                          )
                                            )

# EXHIBIT W

31-January-06

Federal Bureau of Investigations
attn: FOIA/PA Request
Washington DC 20535

RE: Freedom of Information Request


Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information
Act and Title 5 U.S.C. § 552a, the Privacy Act, I am
requesting disclosure and copies of the following
information:

- All documents, photographs, investigative notes
  and the like contained in File No: 305A-BA-
  80998-E6522-KC

- Any adverse action reports on Special Deputy
  U.S. Marshal Cameron Roe

- Copies of forensic examinations used to
  secure search warrant 2:02-M-026, used
  to seize property of Gary L. Smith at

pg 2

4417 Waterworks Road, Jefferson, Jackson County in the Northern District of Georgia;

-- Copies of photographs used to secure above referenced search warrant;

-- Any and all reports from the Georgia Bureau of Investigations;

-- Any documents, photographs, investigative reports, notes or the like on or in any file that references Gary L. Smith

-- Any other information that may be related to Gary L Smith and not contained in any official file, no matter how temporary or inconsequential in nature.

I have enclosed a certification of identity and a declaration in which I, Gary L Smith, is requesting the above referenced disclosure for himself, personally.

I am requesting this information for non-commercial purposes. Pursuant to Title 5 U.S.C. § 552 (a)(4)(A)(iii)

Pg 3

I am requesting a waiver of any and all fees associated with this request because disclosure is in the public's interest and is likely to contribute significantly to the public understanding of the operations of the government.

If any part of this request cannot be disclosed, I am requesting, pursuant to Title 5 U.S.C. § 552 (b), that any reasonable, segregable portions be provided after redaction of exempt portions. Any redactions shall be indicated on the released portions and the amount of information redacted shall be indicated at the place where redaction has occured.

You may respond to this request to:    Gary L Smith
                                        # 52962-019
                                        P.O. Box 2068
                                        Inez, KY 41224

Pursuant to Title 5 U.S.C. § 552 (a)(6)(A)(i), I am expecting a reply within twenty (20) days upon receipt of this request.

Sincerely

Gary L Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )      Civil Action No. 1:07-CV-01183
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT X

U.S. Department of Justice                    **Certification of Identity**                    

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503

Full Name of Requester [1]  Gary L. Smith        #52962-019

Citizenship Status [2]  United States Citizen    Social Security Number [blacked out]

Current Address  #52962-019; P.O. Box 2068, Inez, KY  41224-2068

Date of Birth [blacked out]          Place of Birth  Bethlehem, PA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  [signature]                    Date  3-Feb-06

---

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person

Further, pursuant to 5 U.S.C. Section 552a(b) I authorize the U.S. Department of Justice to release any and all information relating to me to

_____
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you
[4] Signature of individual who is the subject of the record sought.

## Certificate of Service

I, Gary L. Smith, hereby certify that a true and correct copy of the foregoing Request for Production of Index Containing a Detail Listing of All Documents, Tancigable Objects Reports and the Like, Within The Possession, Custody or Control of the Respondant Pursuant to Vaughn V Rosen, 484 F2d 820 AND Title 5 U.S.C. § 552 has been sent via First Class Mail, Postage PrePaid using the United States Postal Secure by placing the foregoing into the institutional legal mail box and addressed to the following parties:

United States District Court
attn: Clerk of the Court
222 N John Q Hammons Parkway
Spring field, MO

Kathy Fincham
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E Ninth Street, Suite 5510
Kansas City, MO 64106

— 1 —

Federal Bureau of Investigations
attn: David M Hardy
    Section Chief / Records Management Division
Washington, DC 20535

Cook County Sheriff's Police
1401 South Maybrook Drive
Maywood, IL

United States Postal Service
General Counsel
Washington DC 20260-1100

United States Department of Justice
Chief FOIA Section
FOIA / Privacy Act Request
Room 841
HOLC Building
Washington, DC 20534

Date: 3 Feb 06          By: _____
                             Gary L Smith

— 2 —

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

GARY L. SMITH,                    )
                    Petitioner,   )
                                  )
        V                         )   Civil No: 3:05-CV-05057-RED
                                  )
                                  )
UNITED STATES OF AMERICA,         )
                    Respondant.   )

REQUEST FOR PRODUCTION OF INDEX CONTAINING
A DETAIL LISTING OF ALL DOCUMENTS,
TANAGABLE OBJECTS, REPORTS AND THE LIKE,
WITHIN THE POSSESSION, CUSTODY OR CONTROL
OF THE RESPONDANT PURSUANT TO VAUGHN V.
ROSEN, 484 F.2d 820 AND TITLE 5 U.S.C. § 552

COMES NOW, Gary L. Smith, Pro Se Petitioner,
and respectfully requests the Respondant to produce
a detail index containing all books, papers,
documents, memorandums, data (computer or other
wise), tangible objects, buildings or places, or
copies or portions of them, that were obtained

— 1 —

from or belonging to the Petitioner, including, but not limited to:

1) Copies of any and all documents or materials taken from any of the Petitioner home(s), place(s) of business or other areas where it is claimed the Petitioner had a proprietary interest on which is any way related to the charges in this instant case at bar, by either federal or state agents and/or agencies, acting with, or without a warrant;

2) Copies of any and all warrants, orders, inventories, memorandum or any other document(s) obtained or created in connection with any and all phases of this instant case at bar;

3) Any and all documents, materials, photographs

-2-

films, publications or computer data which were seized or copied pursuant to the searches and seizures conducted;

4) Complete directory, file, e-mail and data information from any and all computers, and copies of computer data which were seized or copied pursuant to the searches and seizures conducted;

5) Any results or reports of physical or mental examinations, scientific tests or experiments, or copies of them, including but not limited to handwriting exemplars, photographs, fingerprints or other similar materials in possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known, which are in any way related to the

— 3 —

various charges set forth in this instant case at bar, or are intended for use or have been used by the Respondant as evidence.

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act and Title 5 U.S.C. § 552a, the Privacy Act, the Petitioner is requesting the Respondant to produce a detailed indexing on the foregoing descriptions of items (# 1 through 5, above), pursuant to Vaughn v Rosen, 484 F.2d 820 (D.C. Cir 1973). The Petitioner has attached a Certificate of Identity (Exhibit #1) and associated Declaration (Exhibit #2) to facilitate this request.

For documents, memorandums, reports and the like, include:

    a) the identity of the document;
    b) the type of document;

— 4 —

c) it's present location and name of the custodian;

d) a brief summary of its contents, including the receipants and date of creation and delivery;

e) the name and address of the person who created, drafted, prepared and signed it;

f) the identity of all persons known to the Respondant who seen the document;

For photographs or films, include:

a) identity of the photographs or films;

b) the type of photograph or films;

c) it's present location and the name of the custodian;

d) a brief description of it's depiction, including any known and/or identified persons, places or objects contained in the depictions;

e) identity of all persons known to the Respondant who seen the photograph or film.

For computer data, include for each file:

a) the file name;

b) the fully qualified path (i.e. directory) location;

-5-

c) creation date of the file;

d) computer which file is located on;

e) present location and the name of the custodians;

f) identity of all persons known to the Respondant who seen the file;

g) If the file represents a digital image, include a brief description of it's depiction, including any known and/or identified person(s), place or objects contained in the depiction.

The Petitioner is requesting this detailed indexing for non-commercial purposes. Pursuant to Title 5 U.S.C § 552 (a)(4)(A)(iii), the Petitioner is respectfully requesting a waiver of any and all fees.

Since all of the items requested in this detailed indexing are directly discoverable under the Federal Rules of Criminal / Civil Procedures, there shall be no exemptions claimed by the

- 6 -

Respondant... See Vaughn @ 828.

The Respondant includes, but is not limited to:

a) The Department of Justice;

b) Federal Bureau of Investigations IN:

    i) Washington DC,
    ii) Chicago, Illinois,
    iii) Atlanta, Georgia;

c) Cook County Sheriff's Department; and

d) United States Postal Service.

The Respondant collected and organized all the items, documents, tangible objects, and the like from the foregoing Federal agencies and thus is the proper agent to organize and create the requested detailed indexing. This index should include any temporary files on the agencies computer network that haven't been formally placed within the Petitioner's case file, as well as any e-mails or other inter- or intra- department communication

- 7 -

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), the Respondant shall have twenty (20) days upon docketing of this request to respond.

Respectfully submitted

Date: 3-Feb 06

Gary L. Smith, Pro Se

#52962-019
P.O. Box 2068
Inez, KY 41224-2068

— 8 —

## Declaration

I swear or affirm under penalty of perjury that I am <u>Gary L.</u>
<u>Smith</u>, born on ▮▮▮▮▮▮▮▮▮▮ n Bethlehem, Pennsylvania. My
current address is:

     Gary L. Smith #52962-019
     P.O. Box 2068
     Inez, KY  41224-2068

This declaration is submitted in lieu of my notarized signature,
pursuant to Title 28, United States Code (U.S.C.), Section 1746.

I certify that I am the person named above and I understand
that any falsification of this statement is punishable under
the provisions of Title 18, U.S.C., Section 1001, by a fine
of not more than $10,000 or by imprisonment of not more than
five years, or both; and that knowingly and willfully requesting
or obtaining any record(s) concerning an individual under false
pretenses is punishable under the provisions of Title 5, U.S.C.,
Section 555a(i)(3), as a misdemeanor and by a find of not more
than $5,000.

By: _____
    Gary L. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                              )
                                           )
        Plaintiff,                         )
                                           )
                v.                         )    Civil Action No. 1:07-CV-01183
                                           )
FEDERAL BUREAU OF INVESTIGATION,           )
                                           )
        Defendant.                         )
                                           )

# EXHIBIT Y



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*March 6, 2006*

MR GARY L SMITH
**52962-019
POST OFFICE BOX 2068
INEZ, KY 41224 2068

Request No.: 1039550- 000
Subject: SMITH, GARY L

Dear Mr. Smith:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIPA request.

Although no records responsive to your FOIPA request were located, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D. C. 20530-0001, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                              )
                                           )
        Plaintiff,                         )
                                           )        Civil Action No. 1:07-CV-01183
            v.                             )
                                           )
FEDERAL BUREAU OF INVESTIGATION,           )
                                           )
        Defendant.                         )
                                           )

# EXHIBIT Z

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 7, 2006

Mr. Gary Smith
** 52962-019
United States Penitentiary Big Sandy
Post Office Box 2068
Inez, KY 41224

Dear Mr. Smith:

Your Freedom of Information-Privacy Acts (FOIPA) request, is being returned. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary:

Full Name: _Gary L. Smith_____

Current Address: _P.O. Box 2068, Inez, KY 41224_____

Date of Birth: ▮▮▮▮▮▮▮▮__ Place of Birth: _Bethlehem, PA_____

Daytime Telephone Number: _N/A_____

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek. _see attached + FBI File No._
_305A - BA - 80898 - E-6522 - KC  and other listed on enclosed_
_request_

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000. All signatures under the certification of perjury statement must be an original signature, as the FBI is no longer accepting faxed signatures. We must be able to read your signature.

Signature _____ Date _12- Mar - 06_

To initiate your FOIPA request, please return the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place.

Sincerely yours,

*David M. Hardy /dek*

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
          Plaintiff,                    )
                                        )
              v.                        )    Civil Action No. 1:07-CV-01183
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
          Defendant.                    )
                                        )

# EXHIBIT AA

30- Mar- 06

Federal Bureau of Investigation                    Cert Mail
attn: David M Hardy                     7002 3150 0003 9520 2067
        Section Chief / Records Management Division
Washington DC 20535

RE: Vaugh Index pursuant to Freedom of Information

Dear Sirs:

Enclosed is a Freedom of Information request. The
request is for the production of a detailed indexing
of all records, objects and/or communications within
your agency.

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), your
agency has twenty (20) business days to respond to
this request.

You may respond to me at:  Gary L. Smith
                            #52062-019
                            P.O. Box 2068
                            Inez, Kentucky 41224-2068

Sincerely,

Gary L Smith

# VAUGHN REQUEST

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and Title 5 U.S.C. § 552a, the Privacy Act, I am requesting your agency to produce a detailed indexing of the following, pursuant to <u>Vaughn v Rosen</u>, 484 F.2d 820 (D.C. Cir 1973):

- All books, papers, documents, memorandums (both official and unofficial or temporary), data (computer or otherwise), tangible objects, buildings or places, or copies or portions of them, that were obtained from or belonging to myself; including, but not limited to:

    1) Copies of any and all documents or materials taken from any of my homes (Chicago, Illinois or Jefferson, Georgia), place(s) of business or other areas where it is claimed I had a proprietary interest on which is in any way related to myself by either federal and/or state agents and agencies, acting with or without a warrant;

    2) Copies of any and all warrants, orders, inventories, memorandum or any other document(s) obtained or created in connection with myself;

— 1 —

3) Any and all documents, materials, photographs, films, publications or computer data which was seized or copied;

4) Complete directory, file, e-mail and data information from any and all computers and copies of computer data which was seized or copied; and

5) Any results or reports of physical or mental examinations, scientific tests or experiments, or copies of them, including, but not limited to handwriting exemplars, photographs, fingerprints or other similar materials in possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known, which are related in any way to myself.

For documents, memorandums, reports and the like, include:
   a) the identity of the document;
   b) the type of document;
   c) it's present location and name of the custodian;
   d) a brief summary of it's contents, including the receiptants and the date of creation and delivery;
   e) the name and address of the person who

- 2 -

created, drafted, prepared and signed it; and
f) the identity of all person(s) known to your agency
who seen the document.


For photographs or films, and the like, include:
   a) the identity of the photograph or film;
   b) the type of photograph or film;
   c) it's present location and the name of the
   custodian;
   d) a brief description of it's depiction, including any
   known and/or identified person(s), places or object(s)
   contained in the depiction; and
   e) identity of all person(s) known to your agency
   who seen the photograph or film.

For computer data, include for each file:
   a) the file name;
   b) the fully qualified path (ie, directory) location;
   c) the creation date of the file;
   d) the identity of the computer the file is located;
   e) the present location and the names of the
   custodians;
   f) the identity of all person(s) known to your agency
   who seen the computer data; and
   g) if the file represents a digital image, include a
   brief description of it's depiction, include any known
   and/or identified person(s), place or object(s)
   contained in the depiction.


— 3 —

This request for a detailed indexing is made for non-commercial purposes. Pursuant to Title 5 U.S.C. § 552 (a)(4)(A)(iii), this agency should waive any and all fees.

Since this is a request for an index and not the actual documents, there shall be no exemptions on the material disclosed. See Vaughn @ 828.

Pursuant to Title 5 U.S.C. § 552 (a)(6)(A)(i), your agency has twenty (20) days, excluding Saturdays, Sundays and legal holidays, to respond to this request. After the expiration of the twenty (20) days, if your agency fails to respond, it shall be deemed a denial of the request, and allow myself to seek relief in a United States District Court.

For identification purposes, I have included a Certificate of Identity and a Declaration.

You may respond to this request to:

> Gary L. Smith
> 52962-019
> P.O. Box 2068
> Inez, Kentucky   41224-2068

Please note, this request should also include any temporary files on your agency's computer network that haven't been placed formally with my records, including any and all e-mails,

-4-

or other inter- and intra- department and/or agency communications.

-5 -

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting request by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016). Washington, DC 20503.

Full Name of Requester: Gary L. Smith

Citizenship Status: United States Citizen          Social Security Number ▮▮▮▮▮▮

Current Address #52962-019; P.O. Box 2068, Inez, KY. 41224-2068

Date of Birth ▮▮▮▮▮▮          Place of Birth Bethlehem, PA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature _____          Date 26-Mar-06

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Print or Type Name

_____

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016

FORM DOJ-361
(5-01)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 1:07-CV-01183
　　　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
FEDERAL BUREAU OF INVESTIGATION,　　)
　　　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

# EXHIBIT BB

18-Aug-06

Co-Director, Office of Information and Privacy
United States Department of Justice
Flag Building
Suite 570
Washington, DC 20530

Re: Appeal of FOIA/PA 1034550

OFFICE OF INFORMATION
AND PRIVACY

SEP 20 2006

RECEIVED

Dear Sirs:

Please accept this letter as a formal appeal of FOIA/PA
request 1034550. In your denial, you stated there were
no records referencing myself. This is an inaccuracy.
Please observe:

- FOIA request 1009611 and associated records.
- FBI Case Number 2:02-VC-026 from the
  Northern District of Georgia.
- FBI File Number 305A-PG-80178-#652-KC
- Prosecution from Western District of Missouri
  (02-05019)
- records related to Kansas City, Los Angeles,
  Los Angeles, CA, and Tampa, FL, branches
  of FBI records.

I've requested a full range of records including
hard copies, electronic, and/or computer printouts in
various formats, updates, etc.

FBI Agent
12-Aug-06

Page 2

In response to the right of the interest of the report upon receipt of this notice.

Please note a NEW address:

Gary L. Smith

P.O. Box 190150

Atlanta, Georgia 30315

Thank you for your cooperation in this matter.

Gary L. Smith

Cert. mail :    7006 0810 0002 1920 2013

cc: file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                              )
                                            )
        Plaintiff,                          )
                                            )
            v.                              )    Civil Action No. 1:07-CV-01183
                                            )
FEDERAL BUREAU OF INVESTIGATION,            )
                                            )
        Defendant.                          )
                                            )

# EXHIBIT CC

18-Aug-06

Federal Bureau of Investigation
Tenth Street & Constitution Avenue, NW
Washington, DC 20530

RE: FOIA Request

Dear Sirs:
    Pursuant to Title 5 USC § 552, the Freedom of Information Act, I am
requesting disclosure of the following information:
        • Field Office Address for: Chicago, IL; Atlanta, GA;
            Kansas City, MO; Las Vegas, NV; Tampa, FL;
            Sarasota, FL; San Fransico, CA; Quantico, VA and
            office where Agent David Loveall works.
    You may respond to this request by replying to:
        Gary L. Smith # 52962-019
        P.O. Box 150160
        Atlanta, Georgia 30315

    Pursuant to Title 5 U.S.C. § 552 (a)(6)(A)(i), I am expecting
a reply within twenty (20) days (excluding Saturdays, Sundays
and public legal holidays) upon receipt of this request.

Sincerely

Gary L Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
                                        )   Civil Action No. 1:07-CV-01183
        v.                              )
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT DD

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**OCT 1 0 2006**

Mr. Gary L. Smith
Register No. 52962-019
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

      Re:  Request No. 1039550

Dear Mr. Smith:

      This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on September 20, 2006.

      The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt.  Your appeal has been assigned number
**06-3165**.  Please mention this number in any future correspondence to this Office regarding this
matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the
necessity of this delay and appreciate your continued patience.

                    Sincerely,

                    Priscilla Jones
                    Chief, Administrative Staff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No. 1:07-CV-01183 |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT EE

16-Nov-06

page 1 of 2

Federal Bureau of Investigation
Forensic Audio, Video and Image Analysis Unit
Quantico, Virgina 22135

RE: Freedom of Information Request

certified mail

7006 0810 0002 1918 8669

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and Title 5 U.S.C. § 552a, the Privacy Act, I am requesting disclosure and copies of the following, which either reference me or contain information about myself:

· All books, papers, documents, memorandums, data (computer or otherwise) and/or the like, that reference me;

· Copies of any warrants, orders, inventories, investigation notes or other documents obtained or created in connection with any tanagable objects belonging to or referencing me;

· Copies of all photographs (either electronic or film/paper), films, publications or computer data that was copied or seized pursuant to any search warrants and/or investigations involving myself;

· Complete directory, file, e-mail and data information from any computer or data storage system obtained as a result of any investigation involving myself;

· Results of any physical examination pertaining to me or any other tanagable objects belonging to me or involved in any investigation involving myself; and

· Any inter- or intra- departmental/agency communications, temporary documents or e-mails or any other communication and/or documents referencing me.

The information sought is discoverable under Habeas Corpus proceedings (refer to 06-3__, C.A. 8 (MO)), under the rules of discovery because of my need to demonstrate my illegal confinement greatly outweighs any governmental interest

FBI - Qu----, VA / FOIA-PA
16 - Nov - ( .

page 2 of 2

of non-di-- -ure. See <u>Rice v Black</u>, 112 FRD 620.

In a- --rdance with Title 5 U.S.C. § 552(a)(6)(E)(i), I am requesting an
expedited - -essing of this request because if these records are delayed, I wil!
suffer a - -stantial loss of due process. I expect a reply within ten (10) calendar
days after - date of receipt of this request.

You m- -eply to me at: Gary L. Smith *52962-019
P.O. Box 150160
Atlanta, Georgia 30315

I dec'- under the penalty of perjury of the laws of the United States of
America t- I am Gary L. Smith, a Citizen of Florida, born on ██████████
██████ in - thlehem, Pennsyl- -na. My social security number is ██████████
I make 1 - declaration in lieu of my noterized signature, pursuant to Title 28
U.S.C. § - -b.

I cer- - -; that all of the foregoing is true and correct, under the pens--
of perju- - -nter the laws of the United States of America.

Execut- -n: 16-Nov-06         by: _____
                                    Gary L Smith

cc: Fil-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 1:07-CV-01183 |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT FF



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

December 13, 2006

MR GARY L SMITH
**52962-019
POST OFFICE BOX 150160
ATLANTA, GA 30315

Request No.: 1065006- 000
Subject: SMITH, GARY L

Dear Requester:

☒　This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐　For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐　To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐　If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒　We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐　Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
　Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
                v.                      )        Civil Action No. 1:07-CV-01183
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT GG



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**JAN 2 9 2007**

Mr. Gary L. Smith
Register No. 52962-019                    Re:    Appeal No. 06-3165
United States Penitentiary                        Request No. 1039550
Post Office Box 150160                            ADW:JHA
Atlanta, GA 30315

Dear Mr. Smith:

      You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records pertaining to yourself.

      After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it found no records responsive to your request at its Headquarters Office. I have determined that the FBI's response was correct.

      If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                     Sincerely,

                     Janice Galli McLeod
                     Associate Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                                      )
                                                    )
          Plaintiff,                                )
                                                    )
                                                    )   Civil Action No. 1:07-CV-01183
          v.                                        )
                                                    )
FEDERAL BUREAU OF INVESTIGATION,                    )
                                                    )
          Defendant.                                )
                                                    )

# EXHIBIT HH

3-Nov-06                                                     page 1 of 2

Federal Bureau of Investigation                 certified mail:
11000 Wilshire Blvd, Suite 1700                 7006 0810 0002 1918 9345
Los Angeles, California 90024

Re: FOIA/PA Request

Dear sirs:
    Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and
Title 5 U.S.C. § 552a, the Privacy Act, I am requesting disclosure and copies of the
following which reference or contains information about myself:
    · All books, papers, letters, memorandum, data (computer or otherwise
      and/or tree files) that references me;
    · Copies of any warrants, orders inventories, investigative notes or other documents
      obtained or created in connection with any tangable objects belonging
      to or referencing me;
    · Copies of all photographs (either electronic or film/paper), films,
      publications or computer data that was copied or seized pursuant to
      any search warrants or investigations involving myself;
    · Complete directory, file, e-mail and data information from any
      computer or data storage system obtained as a result of any
      investigation involving myself;
    · Results of any physical examinations pertaining to me or any other
      tangable object belonging to me or involved in any investigation
      involving myself;
    · Any inter- or intra- departmental/agency communications, temporary
      documents or e-mails or any other communications and/or
      documents referencing me.

FBI - LA.CA - FOIA
3 - Nov - 06

The information sought is discoverable under [illegible] from [illegible]
26 USC 5507, 26 USC 573), under rules of discovery because in fact discovery is
regarding information. Great exchanges any general enterprise or [illegible]
and [illegible]. See _Rios v Black_, 112 FRD 675

In [illegible] with Title 5 U.S.C. § 552a [illegible]
prepare [illegible] of [illegible] [illegible] [illegible] request an
[illegible] for [illegible] of this process. I [illegible] [illegible] [illegible]
[illegible] of receipt of this request.

Gary L. Smith
P.O. Box 150160
[illegible]

[illegible]
[illegible] Gary L. Smith [illegible] of the [illegible] of America
[illegible] of [illegible]. My Social Security number is [illegible]
[illegible] [illegible] signature, pursuant to Title 28 [illegible]

[illegible] [illegible] true [illegible]
[illegible] under the laws of the United States of America

E. [illegible] 3-Nov-06

Gary [illegible]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
                                        )    Civil Action No. 1:07-CV-01183
        v.                              )
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        . Defendant.                    )
                                        )

# EXHIBIT II

26-Dec-06

Office of Information & Privacy           certified mail
United States Department of Justice        7006 2760 0001 6725 1682
1425 New York Avenue, NW
Suite 11050
Washington, DC 20530-0001

RE: Appeal of FOIA/PA Request dated 3-Nov-06


Dear Sirs:

Please accept this letter as a formal appeal of my November 3, 2006 FOIA/PA request made to the Los Angeles field office of the Federal Bureau of Investigation. (certified mailing 7006 0810 0002 1918 9345, received on 14-Nov-06). As of this mailing, there has been no response. Pursuant to Title 5 U.S.C. § 552(a)(6)(c)(i), I have deemed exhausted my administrative remedy.

You may respond to me at: Gary L. Smith #52962-019, P.O. Box 150160, Atlanta, Georgia 30315.

Sincerely

Gary L Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )        Civil Action No. 1:07-CV-01183
        v.                              )
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT JJ

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                          Washington, D.C. 20530

**FEB - 7 2007**.

Mr. Gary L. Smith
Register No. 52962-019
United States Penitentiary           Re:     Appeal Nos. 07-0489 and 07-0490
Post Office Box 150160                       Request No. 1062405
Atlanta, GA  30315                           JTR:CIH

Dear Mr. Smith:

     You attempted to appeal from the failure of the Los Angeles and Sacramento Field Offices of the Federal Bureau of Investigation to respond to your request for access to records.

     Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006). As no adverse determination has yet been made, there is no action for this Office to consider on appeal. In particular, the Freedom of Information Act itself contemplates judicial review, rather than an administrative appeal, when an agency has failed to respond to a request within the statutory time limits. See 5 U.S.C. § 552(a)(6)(C)(i).

     I have forwarded your letters to the FBI. You may also wish to contact it directly and inquire about the status of your request. You may appeal any future adverse determination made by the FBI.

Sincerely,

Janice Galli McLeod
Associate Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:07-CV-01183 |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT KK



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*
May 09, 2007

MR GARY L SMITH
**52962-019
POST OFFICE BOX 150160
ATLANTA, GA 30315

Request No: 1062405-000
Subject: SMITH, GARY L

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently the FBI is searching for, retrieving, scanning, and evaluating files that may be responsive to your request. Many factors may contribute to the time required to process your request; however, the greatest single factor is the number of documents associated with your request.

Once your files have been evaluated as potentially responsive, your request will be forwarded to the "perfected backlog", where your request will wait for assignment to an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                                )
                                              )
        Plaintiff,                            )
                                              )
                                              )   Civil Action No. 1:07-CV-01183
        v.                                    )
                                              )
FEDERAL BUREAU OF INVESTIGATION,              )
                                              )
        Defendant.                            )
                                              )

# EXHIBIT LL

SEARCHED____ INDEXED____
SERIALIZED____ ___ED____
NOV 1
FBI SAC' PENTO

6-Nov-06                                                                    page 1 of 2

Federal Bureau of Investigations                    certified mail:
4500 Orange Grove                                   7006 0810 0002 1918 9338
Sacramento, California 95841

RE: FOIA/PA Request

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and Title 5 U.S.C. § 552a, the Privacy Act, I am requesting disclosure and copies of the following which either references me or contains information about myself:

- All books, papers, documents, memorandums, data (computer or otherwise) and/or the like that references me;
- Copies of any warrants, orders, inventories, investigative notes or other documents obtained or created in connection with any tangible objects belonging to or referencing me;
- Copies of all photographs (either electronic or film/paper), films, publications or computer data that was copied or seized pursuant to any search warrants and/or investigations involving myself;
- Complete directory, file, e-mail and data information from any computer or data storage system obtained as a result of any investigation involving myself;
- Results of any physical examinations pertaining to me or any other tangable object belonging to me or involving in any investigation involving myself; and
- Any inter- or intra- departmental/agency communications, temporary documents or e-mails or any other communications and/or documents referencing me.

FBI - Sac. CA / FOIA                                                  page 2 of 2
6-Nov-06

The information sought is discoverable under Habeas Corpus proceedings (refer
to 06-3507, C.A.8(mo)) under rules of discovery because my need to demostrate
my illegal confinement greatly outweighs any governmental interest of non-disclosure.
See Rice v. Black 112 FRD 620.

In accordance with Title 5 U.S.C. § 552(a)(6)(E)(i), I am requesting an
expidited processing of this request because if these records are delayed, I will
suffer a substantial loss of due process. I expect a reply within ten (10) calander
days after the date of receipt of this request.

You may reply to me at:    Gary L. Smith # 52962-019
                           P.O. Box 150160
                           Atlanta, Georgia 30315

I declare under the penalty of perjury of the laws of the United States of America
that I am Gary L. Smith, a citizen of Florida; born on ▮▮▮▮▮▮▮▮ in Bethlehem,
Pennsylvania. My social security number is ▮▮▮▮▮▮▮ I make this declaration in
lieu of my notarized signature, pursuant to Title 28 USC § 1746.

I certify that all of the foregoing is true and correct, under the penalty of perjury
under the laws of the United States of America.

Executed on: 6-Nov-06         by: _____
                                   Gary L. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
            v.                          )     Civil Action No. 1:07-CV-01183
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT MM



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

December 15, 2005

MR. GARY L. SMITH
**52962-019
POST OFFICE BOX 150160
ATLANTA, GA 30315

Request No.: 1065149- 000
Subject: SMITH, GARY L.

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                              )
                                            )
        Plaintiff,                          )
                                            )
             v.                             )       Civil Action No. 1:07-CV-01183
                                            )
FEDERAL BUREAU OF INVESTIGATION,            )
                                            )
        Defendant.                          )
                                            )

# EXHIBIT NN

6-Nov-06                                              page 1 of 2

Federal Bureau of Investigation          certified mail:
900 East Union Avenue                        7006 0810 0002 1918 9369
Springfield, Illinois 62702

RE: FOIA/PA Request

Dear Sirs:
    * NOTE: If this office does NOT service Chicago, Illinois, please forward. *
    Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and Title 5 U.S.C. §
552a, the Privacy Act, I am requesting disclosure and copies of the following, which
either reference me or contains information about myself:

- All books, papers, records, memorandums, data (computer or otherwise) and
  the like that reference me;
- Copies of any warrants, orders, inventories, investigation notes or other
  documents obtained or created in connection with any search or seizure
  belonging to or referencing me;
- Copies of any processing cards, evidence or identifying films, photos, or
  computer cards of any kind or data pertinent to any search, seizure or
  investigation of me in any way;
- Computer directory, file names and list information on any and all computer
  files that reference me in any manner in any location in any department;
- Results of any prosecutive report or memorandum that has been compiled
  that references or has been utilized in an investigation of me in any way;
- Any information or data that references me in connection with any document
  or investigation by any other agency or outside source in any manner;

    [faded illegible text]

FBI - [illegible], DOJA
6-NOV-06                                                                    [illegible]

illegal conferment [illegible] any [illegible] the [illegible].

In accordance with Title 5 U.S.C § 552 (a)(6)(E)(i), I am requesting an expedited process on [illegible] because [illegible] these records are delayed, I will suffer a substantial loss of due process. I expect a reply within ten (10) [illegible] receipt of this request.

[illegible] to me at: Gary L. Smith #52982-019
[illegible]
[illegible] Georgia 30315

I declare under the [illegible] penalty of perjury of the laws of the United States [illegible] that I am Gary L. Smith, a [illegible] [illegible] in [illegible] Penitentiary. My declaration [illegible] ██████████ in Bellmawr, of my [illegible] [illegible], pursuant to Title 28 U.S.C. § 1746.

I certify [illegible]
[illegible]

[illegible]

[illegible]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　Plaintiff,　　　　　　　　　）
　　　　　　　　　　　　　　　　　）　Civil Action No. 1:07-CV-01183
　　　　v.　　　　　　　　　　　　 ）
　　　　　　　　　　　　　　　　　）
FEDERAL BUREAU OF INVESTIGATION, ）
　　　　　　　　　　　　　　　　　）
　　　　Defendant.　　　　　　　　 ）
　　　　　　　　　　　　　　　　　）

# EXHIBIT OO



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

900 East Linton Avenue
Springfield, IL  62703
217-522-9675
November 13, 2006

Mr. Gary L. Smith
52962-019
P.O. Box 150160
Atlanta, GA  30315

Dear Mr. Smith:

      This is in response to your Freedom of Information Act
(FOIA)/Privacy Act request received by this office on
November 13, 2006.

      We have referred your request to FBI Headquarters
(FBIHQ) for processing.  The Record/Information Dissemination
Section (RIDS) at FBIHQ will maintain your request in the order
it was received and will assign it for processing and response in
turn.  In addition, RIDS will assign your request a FOIPA Number
and advise you of that number as soon as possible.  Any future
correspondence concerning this request should be directed to
FBIHQ, RIDS, 935 Pennsylvania Avenue NW, Washington, DC
20535-0001.

      Sincerely,

      Weysan Dun
      Special Agent in Charge

By:
K. Marshall Stone
Chief Division Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )        Civil Action No. 1:07-CV-01183
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
        Defendant.                      )
                                        )

# EXHIBIT PP

6 Nov 06                                                          page 1 of 2

Federal Bureau of Investigation          certified mail.
5525 W. Gray Street                      7006 0810 0002 1918 9352
Tampa, Florida 33609

RE: FOIA/PA Request

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and Title 5. U.S.C. § 552a, the Privacy Act, I am requesting disclosure and copies of the following which either references me or contains information about myself:

- All books, papers, documents, memorandums, data (computer or otherwise) and/or the like that references me;
- Copies of any warrants, orders, inventories, investigative notes or other documents obtained or created in connection with any tanagable objects belonging to or referencing me;
- Copies of all photographs (either electronic or film/paper), films, publications or computer data that was copied or seized pursuant to any search warrants and/or investigations involving myself;
- Complete directory, file, e-mail and data information from any computer or data storage system obtained as a result of any investigation involving myself;
- Results of any physical examinations pertaining to me or any other tanagable object belonging to me or involved in any investigation involving myself; and
- Any inter- or intra- departmental/agency communications, temporary documents or e-mails or any other communications and/or documents referencing me.

FBI - Tampa, FL/FOIA                                    page 2 of 2
6-Nov-06

   The information sought is discoverable under Habeas Corpus proceedings (refer
to 06-3507, C.A.8 (MO)) under rules of discovery because my need to demonstrate my
illegal confinement greatly outweighs any governmental interest of non-disclosure.
See Rice v Black 112 FRD 620

   In accordance with Title 5 USC § 552(a)(6)(E)(i), I am requesting an
expidited processing of this request because if these records are delayed, I will
suffer a substantial loss of due process. I expect a reply within ten (10)
calander days after the date of receipt of this request.

   You may reply to me at: Gary L Smith # 52962-019
                           P.O. Box 150160
                           Atlanta, Georgia 30315

   I declare under the penalty of perjury of the laws of the United States
of America, that I am Gary L Smith, a citizen of Florida, born on ████████ in
Bethlehem, Pennsylvania. My social security number is ██████████ I make this
declaration in lieu of my notarized signature, pursuant to Title 28 USC § 1746.

   I certify that all of the foregoing is true and correct, under penalty of perjury
under the laws of the United States of America.

Executed on: 6-Nov-06                by:  _____
                                          (Gary L Smith)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH,                                  )
                                                )
    Plaintiff,                            )
                                                )
          v.                    )          Civil Action No. 1:07-CV-01183
                                                )
FEDERAL BUREAU OF INVESTIGATION,                )
                                                )
    Defendant.                            )
                                                )

# EXHIBIT QQ



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

December 18, 2006

MR. GARY L. SMITH
**52962-019
POST OFFICE BOX 150160
ATLANTA, GA 30315

Request No.: 1065448-000
Subject: SMITH, GARY L.

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above, which was forwarded from the Tampa Field Office.

To promptly respond to requests, we concentrate on identifying main files in the central records system at the Tampa Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **GARY L. SMITH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1183 (RWR)** |
| | ) | |
| **FEDERAL BUREAU** | ) | |
| **OF INVESTIGATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

_____)

### <u>ORDER</u>

Upon consideration of Defendant's Motion to Dismiss or for Summary Judgment or to

Stay proceedings pending the payment of fees, it is this _____ day of _____, 2008,

ORDERED, that said motion be, and hereby is, granted.



_____
UNITED STATES DISTRICT JUDGE

Copies to:

GARY L. SMITH
R52962-019
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 23804

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530