IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary L. Smith,          )
           Plaintiff,   )
                        )
v.                      )   Case No.: 1:07-cv-01183 RWR
                        )
                        )
Federal Bureau of Investigation, )
           Defendant.   )

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT
OR TO STAY PROCEEDINGS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully requests an enlargement of time in which to respond to the Defendant's motion to dismiss or for summary judgment or to stay proceedings for the following reasons:

1. Plaintiff is proceeding Pro Se in this instant action. Plaintiff is a layman, unskilled in the law. Because of this, the Plaintiff needs additional time to research and prepare the appropriate response.

2. An enlargement of time is in the interest of judicial economy as the Plaintiff will have the time to present all of his objections to the Defendant's disclosures.

3. The Defendant will not be prejudiced by any enlargement of time granted by this Court.

4. The Plaintiff respectfully asks to have up until August 29, 2008 to file his response to this Court.

- 1 -

                                                       Respectfully submitted,

Date: 22-July-08

                                                       Gary L. Smith, Pro Se
                                                       #52962-019
                                                       P.O. Box 90043
                                                       Petersburg, Virginia   23804

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith, )
          Plaintiff, )
)
v. ) Case No.: 1:07-cv-01183
)
)
FEDERAL BUREAU OF INVESTIGATION, )
          Defendant. )

MOTION FOR PRODUCTION OF ORIGINAL COMPLAINT (DK #1) AND
MOTION FOR DETAIL AND ITEMIZATION
PURSUANT TO VAUGHN V. ROSEN (DK #5)

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully requests this Honorable Court to direct the Clerk of the Court to send to the Plaintiff a copy of the original complaint (docket #1) and the Motion for Detail and Itemization Pursuant to Vaughn v. Rosen (docket #5).

1. The Plaintiff is proceeding Pro Se in this instant action. Plaintiff is a layman, unskilled in the law. The Plaintiff does not have access to the electronic system to retrieve these documents himself.

2. The Federal Bureau of Prisons has lost the copy which the Plaintiff had.

3. The Plaintiff humbly prays this Honorable Court will honor this request.

Date: 22-July-08

Respectfully submitted,

_____
Gary L. Smith, Pro Se
#52962-019
P.O. Box 90043
Petersburg, Virginia 23804

<u>Certificate of Service</u>

I, Gary L. Smith, hereby certify that a true and correct copy of the following documents:

- Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or for Summary Judgment or to Stay Proceedings; and
- Motion For Production of Original Complaint (Dk #1) and Motion for Detail and Itemization Pursuant to <u>Vaughn v. Rosen</u> (Dk #5)

has been sent via First Class, Postage Pre-Paid mail using the United States Postal Service by depositing the foregoing into the institutional legal mail system on this 24th day of July 2008 and addressed to the following parties:

United States District Court

attn: Clerk of the Court
333 Constitution Avenue, NW
Washington, DC  20001


Claire Whitaker
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW  Room E4204
Washington, DC  20530

Executed on: 24-July-08                    By: _____
                                                Gary L. Smith