IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gary L. Smith, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cv-01183 |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
|     Defendant. | ) | |

### NOTICE OF PAYMENT OF FEES

COMES NOW, Gary L. Smith, and hereby gives this Honorable Court JUDICIAL NOTICE, pursuant to Rule 201 of the Federal Rules of Evidence, of a payment of sixty eight dollars and sixty cents ($68.60) to the Defendant, located at 935 Pennsylvania Avenue, N.W., Washington, DC 20535-0001. I have also enclosed a copy of the May 21, 2008 letter (the Plaintiff has yet to receive the July 9, 2008 letter) and a copy of the money order.

Respectfully submitted,

Date: August 4, 2008

/s/ Gary L. Smith
Gary L. Smith, Pro Se
#52962-019
P.O. Box 90043
Petersburg, Virginia  23804

RECEIVED
AUG 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR. GARY L SMITH
**52962-019
POST OFFICE BOX 90043
PETERSBURG, VA 23804

May 21, 2008

Request No.: 1062405-001
Subject: SMITH, GARY L

Dear Mr. Smith:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely.

    The material you requested is located in investigative files which are exempt from disclosure pursuant to Title 5, United States Code, Section 552a, subsection (j)(2). In addition, exemptions (b)(2), (b)(3), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) apply. For an explanation of these exemptions see enclosed Form OPCA-16a.

    The underlying statute which authorizes the use of subsection (b)(3) is Rule 6(e) of the Federal Rules of Criminal Procedure.

    FBI reviewed 1,193 pages and 1,026 pages are being released.

    Pursuant to Title 28, Code of Federal Regulations, Section 16.11 and 16.49, there is a fee of ten cents per page for duplication of the enclosed documents. No fees are assessed for the first 100 pages. Please submit your check or money order in the amount of ~~$92.00~~ $68.60 payable to the Federal Bureau of Investigation. To insure proper identification of your request, please return this letter or include the FOIPA request number with your payment.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure (2)

## Certificaet of Service

I, Gary L. Smith, hereby certify that a true and correct copy of the foregoing Notice of Payment of Fees (with attachments) has been sent via First Class, Postage Pre-Paid mail using the United States Postal Service on this 4th day of August 2008 and addressed to the following parties:

    Federal Bureau of Investigation
    attn: FOIA / PA
    935 Pennsylvania Avenue, N.W.
    Washington, DC  20535-0001

    United States District Court
    attn: Clerk of the Court
    333 Constitution Avenue, N.W.
    Washington, DC  20001

    Claire Whitaker
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, NW  Room E4204
    Washington, DC  20530

Executed on: 4-August-08    By: _____
                                            Gary L. Smith