IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,  )
          Plaintiff,  )
)
v.  ) Case No.: 1:07-cv-01183
)
)
FEDERAL BUREAU OF INVESTIGATION,  )
          Defendant.  )

## MOTION FOR ORAL ARGUMENTS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully requests this Honorable Court for oral arguments with respect to the the Defendant's Motion to Dismiss or for Summary Judgment and the Plaintiff's Opposition thereof.

There is a great deal of documents and evidence presented to this Court in regards to this instant case, it would be in the interest of justice to allow the Plaintiff and the Defendant to further articulate their respective positions regarding the issues presented before this Court.

Respectfully submitted,

Date: 18-Aug-08

_____
Gary L. Smith, Pro Se
#52962-019
P.O. Box 90043
Petersburg, Virginia 23804